UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>02-80074-CR-HURLEY/VITUNAC(s)(s)</u>
21 USC 841(a)(1)
21 USC 841(b)(1)(A)
21 USC 841(b)(1)(B)
21 USC 846
21 USC 860(a)
18 USC 922(g)(2)
18 USC 922(g)(9)
18 USC 924(a)(2)
18 USC 924(c)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHELBY KENNETH MOORE,
a/k/a "George Moore,"

    Defendant.
_____/



## SECOND SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT ONE

From in or about July, 1997, the exact date being unknown to the Grand Jury, and continuing through on or about August 9, 2000, in Riviera Beach, Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**SHELBY KENNETH MOORE,**
**a/k/a "George Moore,"**

did knowingly and intentionally combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury, to possess with intent to distribute a Schedule II controlled

substance, that is, five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine and fifty (50) grams or more of a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack" cocaine; in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A); all in violation of Title 21, United States Code, Section 846.

## COUNT TWO

From in or about December, 1997, and continuing through in or about January, 2000, the exact dates being unknown to the Grand Jury, in Riviera Beach, Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

## SHELBY KENNETH MOORE,
a/k/a "George Moore,"

did knowingly and intentionally combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury, to possess with intent to distribute a Schedule II controlled substance, that is, fifty (50) grams or more of a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack" cocaine; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A); all in violation of Title 21, United States Code, Section 846.

## COUNT THREE

From on or about January 16, 1998, continuing through in or about December, 1998, the exact dates being unknown to the Grand Jury, in Riviera Beach, Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**SHELBY KENNETH MOORE,**
**a/k/a "George Moore,"**

did knowingly and intentionally combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury, to possess with intent to distribute a Schedule II controlled substance, that is, five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A); all in violation of Title 21, United States Code, Section 846.

### COUNT FOUR

From in or about July, 1998, and continuing through in or about June, 1999, the exact dates being unknown to the Grand Jury, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**SHELBY KENNETH MOORE,**
**a/k/a "George Moore,"**

did knowingly and intentionally combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury, to possess with intent to distribute a Schedule II controlled substance, that is, five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A); all in violation of Title 21, United States Code, Section 846.

### COUNT FIVE

On or about April 3, 2002, in Riviera Beach, Palm Beach County, in the Southern District of Florida, the defendant,

**SHELBY KENNETH MOORE,**
**a/k/a "George Moore,"**

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, five (5) grams or more of a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack" cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B), within one thousand (1000) feet of a school, to wit: John F. Kennedy Middle School, located at 1901 Avenue S, Riviera Beach, Florida; all in violation of Title 21, United States Code, Section 860(a).

## COUNT SIX

On or about April 3, 2002, at Riviera Beach, Palm Beach County, in the Southern District of Florida, the defendant,

**SHELBY KENNETH MOORE,**
**a/k/a "George Moore,"**

during and in relation to a drug trafficking crime, prosecutable in a court of the United States, that is, a violation of Title 21, United States Code, Section 841(a)(1) as set forth in Count One of the Indictment and incorporated by reference herein, did knowingly carry or possess in furtherance of that crime a firearm, that is, a .357 caliber Smith & Wesson revolver, serial number 9K34499; in violation of Title 18, United States Code, Section 924(c).

## COUNT SEVEN

On or about April 3, 2002, at Riviera Beach, Palm Beach County, in the Southern District of Florida, the defendant,

**SHELBY KENNETH MOORE,**
**a/k/a "George Moore,"**

being a fugitive from justice since on or about September 25, 1991, at the Houston County Circuit Court, Dothan, Alabama, in case number CC 90 97.01, did knowingly possess a firearm

4

in and affecting commerce, to wit: a .357 caliber Smith & Wesson revolver, serial number 9K34499; in violation of Title 18, United States Code, Sections 922(g)(2) and 924(a)(2).

## COUNT EIGHT

On or about April 3, 2002, at Riviera Beach, Palm Beach County, in the Southern District of Florida, the defendant,

**SHELBY KENNETH MOORE,**
a/k/a "George Moore,"

being a fugitive from justice since on or about September 25, 1991, at the Houston County Circuit Court, Dothan, Alabama, in case number CC 90 97.01, did knowingly possess one or more of the following rounds of ammunition in and affecting commerce, to wit: .357 caliber Speer, .357 caliber Federal; in violation of Title 18, United States Code, Section 922(g)(2) and 924(a)(2).

## COUNT NINE

On or about April 3, 2002, at Riviera Beach, Palm Beach County, in the Southern District of Florida, the defendant,

**SHELBY KENNETH MOORE,**
a/k/a "George Moore,"

having been convicted in a court of a misdemeanor crime of domestic violence, as defined in Title 18, United States Code, Section 921(a)(33)(A), on or about February 16, 1993, in the Fifteenth Judicial Circuit Court in and for Palm Beach County, Florida, in case number 92-031286MM A08, did knowingly possess a firearm in and affecting commerce, to wit: a .357 caliber Smith & Wesson revolver, serial number 9K34499; in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(2).

## COUNT TEN

On or about April 3, 2002, at Riviera Beach, Palm Beach County, in the Southern District of Florida, the defendant,

**SHELBY KENNETH MOORE,**
a/k/a "George Moore,"

having been convicted in a court of a misdemeanor crime of domestic violence, as defined in Title 18, United States Code, Section 921(a)(33)(A), on or about February 16, 1993, in the Fifteenth Judicial Circuit Court in and for Palm Beach County, Florida, in case number 92-031286MM A08, did knowingly possess one or more rounds of the following ammunition in and affecting commerce; to wit: .357 caliber Speer, .357 caliber Federal; in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(2).

A TRUE BILL

_____
FOREPERSON

_____
MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

_____
JANICE LE CLAINCHE
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA     CASE NO.   02-80074-CR-HURLEY/VITUNAC(s)(s)

v.

**CERTIFICATE OF TRIAL ATTORNEY***

SHELBY KENNETH MOORE,
a/k/a "George Moore"

**Superseding Case Information:**

**Court Division:** (Select One)

New Defendant(s)   Yes ___   No _X_
Number of New Defendants ___
Total number of counts   _10_

___ Miami   ___ Key West
___ FTL   _X_ WPB   ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No) _NO_
   List language and/or dialect ___

4. This case will take _8_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)     (Check only one)

   | | | | | | |
   |---|---|---|---|---|---|
   | I | 0 to 5 days | ___ | Petty | ___ |
   | II | 6 to 10 days | _X_ | Minor | ___ |
   | III | 11 to 20 days | ___ | Misdem. | ___ |
   | IV | 21 to 60 days | ___ | Felony | _X_ |
   | V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No) _NO_
   If yes:
   Judge: ___   Case No. ___
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) _YES_
   If yes: ___
   Magistrate Case No. _02-5135-LRJ_
   Related Miscellaneous numbers: ___
   Defendant(s) in federal custody as of _April 4, 2002_
   Defendant(s) in state custody as of _N/A_
   Rule 20 from the ___ District of ___

   Is this a potential death penalty case? (Yes or No) _NO_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No   If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

JANICE LE CLAINCHE
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 455482

*Penalty Sheet(s) attached     REV.6/27/00

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name: SHELBY KENNETH MOORE, a/k/a 'George Moore'

Case No. 02-80074-CR-HURLEY/VITUNAC(s)(s)

Count #1-2:
  21 USC §§ 841(a)(1), (b)(1)(A) & 846

*Max. Penalty: 10 YEARS - LIFE IMPRISONMENT; $ 4,000,000 FINE

Count #3-4:
  21 USC §§ 841(a)(1), (b)(1)(B) & 846

*Max. Penalty: 10 YEARS - LIFE IMPRISONMENT; $ 4,000,000 FINE

Counts #5:
  21 USC § 860(a)

*Max. Penalty: 5 - 80 YEARS IMPRISONMENT; $ 4,000,000 FINE

Count #6:
  18 USC § 924(c)

*Max. Penalty: 5 YEARS CONSECUTIVE TO ANY OTHER SENTENCE; $ 250,000 FINE

Count #7-8:
  18 USC § 922(g)(2), 924(a)(2)

*Max. Penalty: UP TO 10 YEARS IMPRISONMENT; $ 250,000 FINE

Count #9-10:
  18 USC §§ 922(g)(9) & 924(a)(2)

*Max. Penalty: UP TO 10 YEARS IMPRISONMENT; $ 250,000 FINE

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

No. 02-80074-CR-HURLEY/VITUNAC(s)(s)

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ Florida
Northern _____ Division

## THE UNITED STATES OF AMERICA

vs.

SHELBY KENNETH MOORE
a/k/a "George Moore"

## INDICTMENT

21 U.S.C. § 841(a)(1)          21 U.S.C. § 841(b)(1)(A)
21 U.S.C. § 841(b)(1)(B)       21 U.S.C. § 846
21 U.S.C. § 860(a)             18 U.S.C. § 922(g)(2)
18 U.S.C. § 922(g)(9)          18 U.S.C. § 924(a)(2)
18 U.S.C. § 924(c)

A true bill.

_____
Foreman

Filed in open court this _____

of _December_, A.D. 20 _02_

_____
Clerk

Bail $ _____

GPO 863 928