UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 02-80074-CR-ALTONAGA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

SHELBY KENNETH MOORE,

        Defendant.
_____/

## NOTICE OF APPEAL

Notice is hereby given that Shelby Kenneth Moore, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Amended Judgment (DE 206), entered on May 28, 2021, and the Second Amended Judgment (DE 207), entered on June 1, 2021.

        MICHAEL CARUSO
        FEDERAL PUBLIC DEFENDER

        *s/Lori Barrist*
        Lori Barrist
        Assistant Federal Public Defender
        Florida Bar No. 374504
        450 South Australian Ave., Suite 500
        West Palm Beach, Florida 33401
        Tel: (561) 833-6288
        E-Mail: *Lori_Barrist@fd.org*

## CERTIFICATE OF SERVICE

I HEREBY certify that on June 3, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Lori Barrist*
Lori Barrist
