```
 1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
 2                    WEST PALM BEACH DIVISION
                     CASE NO. 9:02-CR-80074-CMA-1
 3

 4    UNITED STATES OF AMERICA
                                        Miami, Florida
 5
             vs.                        May 28, 2021
 6                                      Friday

 7    SHELBY KENNETH MOORE
                                        Scheduled for 10:00 a.m.
 8                                      9:56 a.m. to 10:48 a.m.

 9                                      Pages 1 - 39

10    ------------------------------------------------------------

11                       RESENTENCING HEARING

12
              BEFORE THE HONORABLE CECILIA M. ALTONAGA
13                  UNITED STATES DISTRICT JUDGE

14

15    APPEARANCES:

16    ON BEHALF OF GOVERNMENT:      ADAM C. MCMICHAEL, AUSA
                                    United States Attorney's Office
17                                  500 South Australian Avenue
                                    Suite 400
18                                  West Palm Beach, Florida  33401

19
      ON BEHALF OF DEFENDANT:       LORI E. BARRIST, AFPD
20                                  Federal Public Defender's Office
                                    450 Australian Avenue
21                                  Suite 500
                                    West Palm Beach, Florida  33401
22

23    STENOGRAPHICALLY
      REPORTED BY:                  GLENDA M. POWERS, RPR, CRR, FPR
24                                  Official Court Reporter
                                    United States District Court
25                                  400 North Miami Avenue
                                    Miami, Florida  33128
```

```
 1              (Call to the order of the Court:)

 2         THE COURT:  Good morning.

 3         United States versus Shelby Kenneth Moore.

 4         Please state your appearances.

 5         MR. MCMICHAEL:  Good morning, Your Honor.

 6         Adam McMichael on behalf of the United States.

 7         MS. BARRIST:  Lori Barrist, Assistant Federal Public

 8    Defender, on behalf of Mr. Moore.

 9         PROBATION OFFICER SANTUCCI:  Good morning, Your Honor.

10    Michael Santucci on behalf of the U.S. Probation Office.

11         THE COURT:  Good morning, Mr. McMichael, Ms. Barrist,

12    Mr. Santucci.

13         Mr. Moore, please raise your right hand.

14         Do you solemnly swear or affirm under penalty of

15    perjury the testimony you're about to give is the truth?

16         THE DEFENDANT:  Yes, ma'am.

17         THE COURT:  Mr. Moore, I need to ask you some questions

18    about proceeding at today's hearing by video teleconference

19    rather than in person.  That is the purpose of the questions I

20    am about to make to you.

21         Do you understand the purpose of this morning's

22    hearing?

23         THE DEFENDANT:  Yes, ma'am.

24         THE COURT:  Have you consulted with your attorney,

25    Ms. Barrist, about consenting to appear at critical proceedings
```

1    in your case, such as this one, by video teleconference?

2            THE DEFENDANT:  Yes, ma'am.

3            THE COURT:  Do you understand that you're guaranteed

4    the right to be present in person at criminal proceedings if

5    your presence is critical to the outcome of the proceeding and

6    contributes to its fairness?

7            THE DEFENDANT:  Yes, ma'am.

8            THE COURT:  Do you understand that this guaranteed

9    right to be present in person means the right for you to be

10   present in person in the courtroom, along with your attorney,

11   the prosecutor and myself?

12           THE DEFENDANT:  Yes.

13           THE COURT:  Do you understand that your appearance by

14   video teleconference at today's hearing is for the purpose of

15   having me entertain arguments by your attorney and by the

16   Government for and against a reduction in your sentence?

17           THE DEFENDANT:  Yes, ma'am.

18           THE COURT:  You understand that your waiver of the

19   guaranteed right to be present in person in the courtroom for

20   critical proceedings and your consent to appear by video

21   teleconference are your decisions alone to make?

22           THE DEFENDANT:  Yes, ma'am.

23           THE COURT:  Do you waive or do you not waive your right

24   to be present in person in the courtroom at today's hearing?

25           THE DEFENDANT:  Yes, ma'am.

1          THE COURT:  Which one is it?

2          THE DEFENDANT:  Can you repeat that for me again?

3          THE COURT:  Do you consent or not consent to appearing

4     by video teleconference at today's hearing?

5          THE DEFENDANT:  I consent, yes, ma'am.

6          THE COURT:  Are you satisfied with the services you

7     have received from your attorney?

8          THE DEFENDANT:  Yes, ma'am.

9          THE COURT:  Have you taken any drugs or alcohol in the

10    last 48 hours?

11         THE DEFENDANT:  No, ma'am.

12         THE COURT:  Do you believe that you have any mental or

13    physical condition or illness that prevents you from

14    understanding the questions I'm asking you?

15         THE DEFENDANT:  No, ma'am.

16         THE COURT:  Have you had adequate time to consult with

17    your attorney about your guaranteed right to be present in

18    person in the courtroom at critical criminal proceedings and

19    giving up that guaranteed right?

20         THE DEFENDANT:  Yes, ma'am.

21         THE COURT:  Have you had adequate time to consult with

22    your attorney about your consent to appear at today's hearing

23    by video teleconference?

24         THE DEFENDANT:  Yes, ma'am.

25         THE COURT:  Has anyone made any promises or

1   representations to you to persuade you to give up your right to

2   be present in person and to consent to appear today by video

3   teleconference?

4           THE DEFENDANT:  No, ma'am.

5           THE COURT:  Has anyone threatened you or coerced you to

6   give up your right to be present in person and to consent to

7   appear today by video teleconference?

8           THE DEFENDANT:  No, ma'am.

9           THE COURT:  Ms. Barrist, are you satisfied that the

10  defendant's waiver of the guaranteed right to be present in

11  person in the courtroom and his consent to appear by video

12  teleconference are in the best interest of your client,

13  considering the circumstances in this case?

14          MS. BARRIST:  Yes, Judge.

15          THE COURT:  It is the finding of the Court that the

16  defendant is fully competent and capable of waiving his

17  guaranteed right to be present in person at today's hearing and

18  to consent to appear by video teleconference today.

19          I find the defendant understands his guaranteed right

20  to be present in person at proceedings if his presence is

21  critical to the outcome of the proceeding and contributes to

22  its fairness.

23          I find the defendant understands the nature of the

24  proceeding today.

25          I find the defendant has knowingly and voluntarily

 1    waived his guaranteed right to be present in person in court at

 2    today's hearing and has knowingly and voluntarily consented to

 3    appear today by video teleconference.

 4         I find that the defendant's waiver of the guaranteed

 5    right to be present and his consent to appear by video

 6    teleconference today have been made after consultation with his

 7    attorney.

 8         I find that the defendant's waiver of the guaranteed

 9    right to be present and the defendant's consent to appear by

10    video teleconference today have been made without promises or

11    representations, coercion or duress.

12         I, therefore, find that today's hearing cannot be

13    further delayed without serious harm to the interest of

14    justice; therefore, the hearing will proceed by video

15    teleconference.

16         Mr. Moore, have you had the opportunity of reviewing

17    the many filings your attorney has made on your behalf, the

18    Government's sentencing memorandum, the revised presentence

19    investigation report, and the addenda to that report?

20         THE DEFENDANT:  Yes, ma'am.

21         THE COURT:  I will be hearing first from the attorneys

22    and then from you.

23         I'll hear from you, Ms. Barrist, since this is your

24    request for a sentence reduction.

25         MS. BARRIST:  Yes, Judge.  We'd ask that you vary from

1   the guideline range that he's currently at and give him a

2   lesser sentence.  Basically, he has seven years left to go on

3   the sentence, and he should be released in May '28 -- 2021.

4          Before I continue, Judge, I just want to make sure that

5   the PSI has been corrected based on the agreement of the

6   parties, which would be, specifically, as to paragraph 23 and

7   34 of the revised PSI, to reflect that 8,373.9 grams of crack

8   cocaine was involved in the case.  That was by agreement of the

9   parties, and we need a Court order, according to probation, to

10  amend the PSI for those two paragraphs.

11         Also, that he does not get one point -- in paragraph

12  53 -- for drinking in public.

13         And the final correction was filed yesterday, agreed to

14  by the parties, as to the arrest date listed on page three of

15  the PSI, he was arrested by the State on April 3rd, 2002, and

16  taken into Federal custody on April 5th, 2002.

17         Those were the three outstanding corrections that need

18  to be made to the PSI.

19         THE COURT:  Mr. Santucci, will you be making those

20  corrections?

21         PROBATION OFFICER SANTUCCI:  Your Honor, by your

22  direction, we'll make those corrections.

23         THE COURT:  Thank you.

24         MS. BARRIST:  So now that those corrections are -- can

25  you hear me?

1          THE COURT:  Yes.

2          MS. BARRIST:  Now that these corrections are made, we

3     would ask the Court to vary from the guideline range; and based

4     upon many factors, basically, a renewed consideration of the

5     33(a) {sic} factors.

6          Also, with the reason that the First Step Act was

7     passed in the first place to reduce unduly harsh and long,

8     excessive sentences on crack cocaine dealers.

9          When you look at the 33(a) {sic} factors and the case

10    of United States versus Pepper, they explained in that case --

11    which was actually decided after Mr. Moore was sentenced --

12    that there is no better evidence of the factors in 3553(a)(2),

13    (3) and (4), which is deterrence, protecting the public, and

14    rehabilitation by examining defendant's post-incarceration

15    conduct.

16         And in all the filings that I filed it shows all the

17    courses that Mr. Moore has completed from 2003 to the present,

18    the certificates that he earned.  He got his CDL license.  He

19    got a license in business concepts.  And this is going to help

20    him to start his own concrete and lawn service business.

21         Basically, this offense took place 25 years ago, and he

22    has been locked up for 19 years and 2 months.  And in all that

23    time these are all the courses he completed, the certificates

24    he earned.  He had steady employment in the prison, most

25    recently, for five years.  He has been working in Unicore

1    making military jackets.

2              All his family members submitted letters to you, his

3    parents, his daughters, his ex-wife, his fiance, and the ones

4    to me that were the most telling were the ones from his two

5    daughters.

6              One, who was 10 years old when he was locked up, she is

7    now an emergency room responder -- emergency medical responder.

8    She's got two kids of her own.

9              The other daughter was 12 years old when he got locked

10   up.  She owns her own business, she has three kids, and she's

11   working on her third college degree.

12             And in these letters that they wrote to you they

13   expressed that Mr. Moore's unconditional love, support and

14   encouragement from behind the prison walls helped them to break

15   the cycle and become successful.

16             And when he gets out -- when Mr. Moore gets out he

17   plans to work with his father, who is very ill, and he's

18   diabetic with a heart condition.

19             And his two grandchildren.  So he, even though it's

20   been 19 years, just like Shelby's -- the mother of the children

21   brought his two daughters to prison, and the son -- the son's

22   Shelby, Jr. -- to visit him, no matter what prison he's been

23   at, the daughters are now bringing their children so that

24   Mr. Moore can continue his relationship with them.

25             And another of the factors that the Court should

1    consider is the kind of the sentence available under

2    3553(a)(5), and one of those is a sentence of less than

3    352 months and eight years of supervised release.

4          You had indicated that you were not likely to just give

5    him a sentence of time served, he's aware of that, but he could

6    do something less than time served.

7          You could also place him on home confinement as a

8    special condition of supervised release for any amount of time

9    under the statute.

10         Another thing I wanted to discuss was, under

11   3553(a)(7), is the need to avoid unwarranted sentencing

12   disparity among similarly situated defendants.

13         And the similarly situated defendants are the five

14   testifying coconspirators in this case who were all charged in

15   separate cases, specifically, we have:

16         Tim Lewis and Marty Darrisaw, who committed a whole

17   series of armed and violent bank robberies -- 924(c)s -- they

18   used that money, according to the PSI, which was over

19   800-and-something-thousand dollars, bought drugs from

20   Mr. Moore.

21         Then Marty Darrisaw and Tim Lewis went up to

22   Tallahassee, and they were selling their drugs.

23         The other three, who were Tom Williams, who also

24   testified that he got his drugs from Mr. Moore until

25   Mr. Moore -- according to the PSI -- Mr. Moore's prices were

1    too high so he went ahead and left Mr. Moore and was dealing

2    with somebody else.  He got a reduction in his sentence.

3           Derrick Allen got a reduction in his sentence for

4    testifying against Mr. Moore.  And he began buying from

5    Mr. Moore when Mr. Allen's regular source of supply didn't have

6    cocaine.

7           And then, finally, there was Pierre Rouseau who also

8    testified against Mr. Moore, and he bought some drugs -- used

9    the money that his wife obtained from some sort of accident

10   settlement, brought drugs from Mr. Moore, and then Mr. Rouseau

11   and Mr. Allen became partners with Mr. Moore in the cocaine

12   distribution business.

13          I don't know when you became a judge, but back in the

14   '90s I was still in the Federal Public Defender's Office, and

15   there was a lot -- this was going on all the time in

16   West Palm Beach area, multi-kilo cases would be brought into

17   court.

18          And the one thing different about Mr. Moore was that

19   instead of like pleading guilty, he decided that he was going

20   to trial.  And back then -- I don't really know what it's like

21   now -- but back then, if he decides to go to trial, they

22   punished you, and his -- a review of the docket sheet in this

23   case shows that the indictment was first returned just charging

24   him with the amount of drugs that was found in his possession

25   on April 3rd, the 13.9 grams of crack cocaine, and the 924(c).

1     And then there was two gun charges for being a fugitive

2  from justice because he, I guess, got arrested in Dothan,

3  Alabama, and didn't show up for an arraignment, so they issued

4  a warrant for his arrest for not showing up for the

5  arraignment, which has been quashed, he's no longer a fugitive.

6  But anyway, so they had those two counts in his first

7  indictment.

8     And then he decided to file a motion to suppress

9  evidence.  After he lost that, they superceded -- I'm talking

10  about the Government -- superseded the indictment, and they

11  added that this offense on April 3rd took place within 1,000

12  feet of a school, and then that increased the maximum he was

13  looking at.

14     They added two more counts, the gun counts, for

15  possessing that gun on April 3rd, after having been convicted

16  of a misdemeanor crime of violence.  And then Mr. Moore lost

17  his motion -- well, he lost his motion to suppress evidence,

18  and he said, Well, I'm going to trial.

19     So they did the second superseding indictment, and we

20  have the current indictment that we have now with the 10

21  counts, which is Count 1, Count 2, which is the -- Count 1 is

22  the conspiracy to possess the crack and the powder, Count 2 is

23  the conspiracy to possess the crack, and then they added

24  Count 3 and Count 4, which were conspiracy to possess powder

25  cocaine, which the jury found him not guilty of.

 1            But the bottom line is that the conspiracy counts were

 2      added once all these other guys who got arrested in all their

 3      cases decided to plead guilty and cooperate against Mr. Moore.

 4            And all of these people have been long released from

 5      jail.  The only person that's in prison still is Mr. Moore

 6      because he decided to put the Government to its proof and go to

 7      trial.

 8            But contrary to the Government's representation,

 9      Mr. Moore was not the only source for drugs in Riviera Beach

10      that day.

11            I also wanted to point out -- while the amount of drugs

12      is a factor that the Court can consider in determining this --

13      what you're going to do -- in the Supreme Court case of United

14      States versus Kimbrough, the Supreme Court, Judge Ginsburg

15      actually wrote that opinion -- which I didn't know until

16      yesterday -- but she wrote that opinion, and she had said that

17      the amount of drugs is only one factor that the Court should

18      consider.

19            And all these other factors that I've mentioned, his

20      rehabilitation, his post-sentencing conduct -- which, other

21      than what I would consider a minor disciplinary record -- I

22      mean, the Government admits that the possession of the

23      unauthorized item of laundry detergent is trivial.

24            He had one time like -- and this is like in 2004 or

25      2000 -- let's see -- the 2004, he had -- 2004, he had an

```
 1    incident involving alcohol or drugs.

 2         2006 and 2007, he failed to obey commands.  One was to

 3    get off of a chair and another one was to get out of the

 4    shower.  He was punished for all of them.

 5         And that 2019, the only one that's current is the

 6    possession of a cell phone, which, I mean, as I attached to one

 7    of my pleadings -- the disciplinary report from that one --

 8    explaining that FDC Miami is having a rampant problem among the

 9    inmates with cell phones, and so they decided to make an

10    example of Mr. Moore.

11         And it was an exact quote from that document that

12    Mr. Moore received greater sanctions to regain control of this

13    existing problem.

14         And also, the only amount of drugs that they actually

15    seized from Mr. Moore was that 13.9 grams on April 3rd; and all

16    the other amounts that we came up with, all these large amounts

17    are based on the testimony of those five testifying

18    coconspirators, and states about -- an estimate.

19         But even with that amount of drugs, which may seem a

20    lot, the Taylor case, which was the case that the

21    Eleventh Circuit recently decided, which said that people who

22    had conspiracy are entitled to a reduction in sentence, even

23    though it's crack and powder.

24         That guy, he had over 100 kilos of crack and over 100

25    kilos of powder, and he had originally gotten life, and then
```

1   his sentence got reduced to 30 years; and then he filed a First

2   Step Act motion, which, originally, he -- his sentence was

3   reduced and he ended up serving 19 years, and he had way more

4   crack cocaine than Mr. Moore.

5           So, I guess, the only other thing I wanted to add --

6   well, two more things -- is that he is in criminal history

7   Category III, and he has six criminal history points.

8           But his criminal history -- Judge Hurley was looking at

9   the criminal history back in the day and was considering

10  whether or not it over-represented his criminal history or it

11  didn't, but then he decided that it didn't.

12          But an examination of his criminal history may, in

13  fact, reflect that it does over-represent -- his criminal

14  history category may over-represent his actual criminal

15  history, because before this sentence that Judge Hurley gave,

16  the longest time in jail that he ever served was he got battery

17  of a spouse, and he was originally sentenced to 60 days in

18  jail, then it was mitigated to 30 days in jail and 30 days of

19  short weekends.

20          He got one day in jail for a simple battery.

21          He got a fine for an assault.  He escaped, supposedly,

22  but he ran from police when they were trying to arrest him, and

23  he was placed on probation for that offense.  That probation

24  was terminated early.

25          He had a carrying concealed weapon, according to the

1    PSI.  He was originally placed on probation, and then when he

2    violated for failing to submit his supervision report and his

3    failing to pay, I guess, for his supervision, he was violating,

4    and he got 17 days in jail.

5          And the only other one that he has are one day in jail

6    for possession of alcohol and -- well, the prosecutor phrased

7    that the one day in jail doesn't count for drinking in public.

8          But when you look at -- he just doesn't seem like the

9    person who would be in criminal history category III with all

10   of these sort of like misdemeanor things.

11         So we would argue that his criminal history category of

12   III may, in fact, over-represent his criminal history.

13         And my final point is a study that was done by the

14   United States Sentencing Commission that I cited to the Court,

15   in December 2017, talking about inmates -- Federal inmates and

16   what their recidivism rate is.

17         And according to that study -- well, first of all,

18   Mr. Moore's going to be 50 in August.  He got locked up when he

19   was 31.  So now he is turning 50 in August.

20         And this study shows that among Federal

21   drug-trafficking inmates who were released from prison between

22   the ages of 40 to 49, only 18.4 percent were later re-arrested,

23   of all the Federal drug-trafficking inmates.

24         And those who were between the ages of 50 and 59 --

25   which is where Mr. Moore will be when he's released -- only

1   11.5 percent were re-incarcerated.

2          And it's my opinion that based on his post-sentencing

3   rehabilitation, his work ethic, and his very strong family

4   support, he is not going to be one of those people returning to

5   prison.

6          And, therefore, we ask that you give him a sentence of

7   less than 292 months on Counts 1, 2 and 5, and a sentence of

8   less than eight years of supervised release.

9          THE COURT:  Thank you very much, Ms. Barrist.

10         Mr. McMichael, I will hear from you now.

11         MR. MCMICHAEL:  Thank you, Your Honor, Ms. Barrist,

12  Mr. Moore.

13         Your Honor, looking back at the original sentence

14  imposed by Judge Hurley and in reviewing the sentencing

15  transcript, it was notated by Judge Hurley -- and this followed

16  a trial, it followed a trial in which the defendant was

17  convicted of numerous counts, it followed a trial in which the

18  defendant was convicted and the jury found credible the five

19  cooperating witnesses that all were drug dealers and were

20  obtaining drugs from Mr. Moore, and found those individuals

21  credible to the extent that they had testified to over 60 kilos

22  of cocaine and over 8 kilograms of crack cocaine.

23         And in looking at the totality of the offense, and the

24  offense itself, of what the Court had found -- or what the jury

25  had found the defendant guilty of, in addition to the drugs, an

1    undeniably high amount of drugs that were here, Mr. Moore was

2    also found in possession of a gun.

3          He was also determined he had a higher level than all

4    the other individuals that were there.  And Judge Hurley

5    notated in the transcript -- that's at Docket Entry 192 --

6    that, in quote:

7          This is a very significant case in terms of the life of

8    our community.  This is a case that came to the attention of

9    law enforcement when a pastor and a citizen of the community of

10   Riviera Beach had the courage and determination to notify law

11   enforcement as to what was taking place blatantly in Riviera

12   Beach and what was corrupting and destroying that community.

13         And as a result of that information the police

14   literally caught the defendant red-handed doing the exact crime

15   he had committed for years.

16         Judge Hurley went on to notate that, in looking at the

17   amounts of drugs that were involved, he believed that was only

18   a tip of the iceberg and didn't begin to fully describe the

19   defendant's involvement in drug activity.

20         And as noted by at least one of the witnesses during

21   the trial, the transactions that occurred involving the

22   defendant -- and not just the transaction in which these

23   amounts of drugs that he was found in possession by law

24   enforcement, but the transactions where he was distributing at

25   the source of supply cocaine and crack cocaine occurred in

1    broad daylight.

2          They also occurred at a location -- a plaza, the

3    Imperial Plaza, which was within 1,000 feet -- less than 1,000

4    feet of a middle school.

5          And these were factors that were taken into

6    consideration.  And I agree with Mrs. Barrist that one of the

7    factors is the amount of drugs, that's just one factor.

8          And the Court here is in the position to have the

9    discretion to determine what other factors should play in

10   whether or not the Court should depart from a guideline

11   sentence, should provide a guideline sentence, or even go above

12   it.

13         And in this case we're asking that the guideline

14   sentence currently imposed of 292 months remain.  And that's

15   not just based upon the amount of drugs.

16         That's based on the presence of the firearm that was

17   loaded.  That's based upon the involvement of the defendant in

18   this hierarchy of drug distribution.

19         It wasn't just a circumstance in which Mr. Moore was

20   found with 13 grams of crack cocaine and he got a sentence that

21   we would now view as being extreme.

22         In fact, he had benefitted from the changes in law and

23   the views upon crack cocaine.  And his sentence, originally, of

24   360 months, has been reduced already under the preceding

25   precedence under the amendment to the guidelines.

1          But in addition to the totality of the circumstances

2   involved, the defendant's history is also significant.

3          And at the time in which Mr. Moore was sentenced, he

4   had significant history, not just misdemeanor offenses, but

5   felony offenses.

6          In fact, he was convicted by the State and, according

7   to the presentence investigation report, it originally arose

8   out of a domestic violence incident that occurred at a

9   McDonald's, where the police arrived, Mr. Moore was placed into

10  -- partially into handcuffs and then escaped from the officers,

11  was chased, and actually took and struck, I guess, the car in

12  which the victim was at and then fled.

13         And then when he was apprehended by the police

14  officers, after resisting and running, he spit food in the

15  officers.  He was also convicted of -- the marijuana

16  conviction, which -- let me go back to --

17         MS. BARRIST:  I don't think he was convicted of

18  anything related to marijuana.

19         MR. MCMICHAEL:  I apologize.  That's why I stopped.  I

20  apologize.

21         It was battery on a spouse, carrying a concealed

22  weapon, simple battery, and assault on a police officer.

23         And, Your Honor, I apologize, I misspoke as to the

24  marijuana conviction.  It was an arrest that he was not

25  convicted of, there's no disposition that's here now.  That was

at paragraph 74.

In addition, he also had open warrants at the time of arrest in this case, and that added additional charges.

When it came time for his testimony, Judge Hurley found that he also obstructed justice, and there was quite a bit of litigation concerning whether or not his testimony was such that he was denying and exercising his right to deny the charges, or if it had went further than that and actually he had lied and misrepresented the facts.

And there were numerous factors that Judge Hurley took into consideration concerning funds, concerning the vehicles, concerning the defendant's role in all of these offenses; and found that he had, in fact, obstructed justice during his testimony.

All of those circumstances place Mr. Moore in a different position than the defendants who cooperated with the United States and testified and received reduction in sentence.

So, to compare the two, it's not -- they're not congruent. These individuals were lower in the scheme of the offenses. They also did not obstruct justice, as the defendant had been found to have done, and they cooperated and accepted responsibility.

And then, Your Honor, another factor correctly notated by Ms. Barrist is what happened once he was in prison. And there are numerous incidents in which he was disciplined.

1          And looking at paragraph 76, they begin within the PSR,

2     on July 2nd, 2003, he admitted to using another inmate's phone

3     access and was sanctioned.

4          August 30th, 2004, the defendant admitted possessing

5     drugs or alcohol and was also sanctioned.  He lost his phone

6     privileges, and he lost his first visitations.

7          It was a significant disciplinary action.

8          But, in December of 2006, he also was disciplined yet

9     again for refusal to obey an order, and he was being insolent

10    to a staff member.

11         In March of 2012 -- which is contained in the addendum,

12    I believe, it is addendum two -- there was another incident in

13    which he was in possession of two scoops of laundry detergent

14    and adult magazine or adult book.

15         Now, that, in and of itself, maybe looking from our

16    perspective, is something that we would not find to be so

17    extreme of a violation.  However, he is in prison, he had

18    multiple other sanctions, and this is yet another disciplinary

19    action, and that was in 2012.

20         In October of 2007, had been disciplined again for

21    being insolent to a staff member.

22         But most recently, in November of 2019, he admitted to

23    ownership of a cell phone.  And to -- for any reason -- there

24    is no reason that a cell phone should be in the prison system.

25         Their calls, their access to communications are

1    strictly limited.  It provides safety concerns for the prison

2    staff.  It also provides concerns for the Government in what

3    he's doing with the phone.

4         There's cases in which individuals commit crimes

5    because their communications are not monitored when they have

6    access to cell phones.  And there's no -- it's not a violation

7    that is unknowing, or maybe from a confused position of not

8    knowing that a cell phone in a prison would not be allowed,

9    it's absolutely not allowed.  And it is such that it was

10   becoming a problem there at FCI, where it becomes a problem at

11   many other facilities.  So that occurred in 2019.

12        In looking at all of these circumstances, I do commend

13   Mr. Moore on trying to better himself in the prison system and

14   take advantage of what access he was able to have and to have a

15   plan for when he is released.

16        However, looking at all of the totality of the

17   circumstances, looking at the 3553(a) factors, looking at the

18   offense that occurred, Your Honor, this is a case where the

19   United States does not recommend a departure from the already

20   lowered amount of 292 months as to the counts that are before

21   the Court for resentencing.

22        Thank you, Your Honor.

23        MS. BARRIST:  Judge, could I briefly respond before you

24   hear from Mr. Moore?

25        THE COURT:  Thank you, Mr. McMichael.

1          You may, Ms. Barrist.

2          MS. BARRIST:  Thank you, Judge.

3          I just wanted to point out that the reason that we are

4    at the sentence that we're at is because he got the extra five

5    years for the 924(c) that he was -- that he possessed that gun.

6          He is receiving an extra sentence, as far as a

7    statutory maximum, for possessing the drugs within 1,000 feet

8    of the school, that's taken into account.  His supervised

9    release term is two years more because of that.

10          The prosecutor admitted that the sentence that he

11   received, we would all today agree, is extreme.  It was.  He

12   did, in fact, receive a two-level enhancement to his offense

13   level based on the obstruction of justice.

14          And the fact that he was a fugitive at the time of his

15   arrest in this, from Dothan, Alabama, resulted in gun charges,

16   and he was convicted of those.

17          Basically, the Government has not mentioned anything

18   since his sentencing.  All these factors were taken into

19   account by Judge Hurley.  The only thing mentioned by the

20   prosecutor is his disciplinary record.

21          He has -- I don't know if you agree with me or not, I

22   consider it relatively minor, in the scheme of things, of over

23   more than 19 years and nothing, other than the possession of

24   the cell phone has occurred in the last 10 years, and we just

25   ask that you reduce his sentence.

1          And he would like to address the Court.

2          THE COURT:  Thank you very much, Ms. Barrist.

3          Mr. Moore, I'll hear from you now.

4          THE DEFENDANT:  Thank you, Your Honor.

5          Nineteen years is a long time for a young man.  I said

6    sure I did and saw it all.  I thought I will just try to better

7    myself and keep in contact with my grandchildren, my family.

8    My mother's sick.  My father's a diabetic.  I'll probably make

9    it home, eventually.

10          I'm just asking the Court to be lenient on me and try

11   and let me go home to my family.  I mean, I'm almost 20 years,

12   for 13.9 grams, and whatever else they gave to me.  I said I'm

13   going to do the time for it, that was the day I accepted that,

14   too.  That's all I can say.

15          THE COURT:  Thank you very much, Mr. Moore.

16          This case is before me on a request by the defendant

17   that I exercise my discretion under the First Step Act and

18   reduce the sentence that was previously reduced.

19          Initially, Judge Hurley sentenced Mr. Moore to a term

20   of 420 months total; and that, thereafter, was reduced to

21   252 months.

22          There's been extensive litigation from Mr. Moore during

23   the course of these many years, including, there was a 2255

24   motion alleging ineffective assistance of counsel, with, "is

25   actually innocent."  That was denied.  Then the case came to me

1    because Judge Hurley was no longer available.

2         And the Eleventh Circuit has provided instruction in

3    its order regarding my exercise of discretion.

4         And I have carefully considered the factors in 18 U.S.

5    Code, Section 3553(a), in considering whether it is appropriate

6    to further reduce Mr. Moore's sentence as to Counts 1, 2 and 5.

7         The present sentence on Counts 1, 2 and 5, is a

8    sentence of 292 months imprisonment.  And in looking at the

9    3553 factors, of course, the nature and circumstances of the

10   offense conduct, this was an extremely series set of offenses,

11   and Mr. Moore never accepted responsibility for them; and,

12   furthermore, perjured himself at his trial.

13        The offenses involved a very large amount of drugs,

14   powdered cocaine and crack cocaine.  It involved conduct that

15   was blatant, that was persistent, that was contributing to the

16   ruination of a neighborhood; and that, also, of course,

17   involved that armed firearm.

18        The defendant, Mr. Moore, was the source of five

19   different lower-level distributors using that same location,

20   which was within less than 1,000 feet of a middle school, as a

21   distribution center.  These drug transactions at that location

22   occurred in broad daylight.

23        I've considered the history and characteristics of the

24   defendant.  Certainly, he was not a terribly young man when

25   this was happening, he was already 31 when he was arrested, and

1    already had some serious offenses that placed him at a criminal

2    history category of III.

3            He had a means of employment.  He did not need to do

4    this to supplement his income, but chose to; and then, has been

5    incarcerated for the last 19 years; and his record at the BOP

6    is not remarkable, there are the infractions and the

7    disciplines that have been discussed.

8            There are certainly the classes that he's taken, which

9    are not unusual for inmates to take and be offered and benefit

10   from.

11           And the work that he has been doing these last five

12   years, which, also, I do not find unusual for someone serving a

13   long prison sentence to be engaged in to occupy one's time and

14   learn a skill.

15           We're now at the stage where, I think, vaccines are

16   readily available at the Bureau of Prisons, vaccines to prevent

17   and guard against Covid 19, I don't see that as a basis, and I

18   don't see that Mr. Moore has any significant health issue.

19           And, therefore, I'm in agreement with the Government,

20   that the sentence of 292 months as to Counts 1, 2 and 5 is a

21   sentence that is sufficient but not greater than necessary to

22   account for all of the factors in 18 U.S. Code, Section 3553.

23           It does not result in a more to sentencing disparity.

24   The testifying defendants are not similarly situated to

25   Mr. Moore.  Unlike Mr. Moore, I dare say, they did not carry

1    his entire offense level, they were lower level than he.

2           Most significantly, they accepted responsibility, which

3    Mr. Moore never has; and, furthermore, they cooperated in the

4    Government's prosecution of Mr. Moore.

5           So I will not be further reducing Mr. Moore's sentence,

6    I don't find a basis for that in my sound exercise of

7    discretion.

8           Is there anything at issue?

9           MS. BARRIST:  Yes, Judge.  We're going to object to the

10   procedural and substantive unreasonableness of the sentence --

11   or the failure to vary downward.

12          THE COURT:  Of course.

13          MS. BARRIST:  Judge, I'm making sure, so my objections

14   are preserved?

15          THE COURT:  Yes.  So, to be clear, Mr. Moore, you are

16   committed to the Bureau of Prisons to be imprisoned for

17   352 months.  Your term consists of 292 months as to Counts 1, 2

18   and 5, to be served concurrently; and a term of 120 months as

19   to Count 7 to be served concurrently with the sentence imposed

20   in Counts 1, 2 and 5; and a term of 60 months as to Count 6, to

21   be served consecutively to the term imposed in Counts 1, 2, 5

22   and 7.

23          Upon release from imprisonment, the defendant will be

24   on supervised release for a term of -- I will say, instead of

25   the eight years, however, six years.

1          The term consists of six years as to Count 5;

2    five years as to Counts 1 and 6; four years as to Count 2; and

3    three years as to Count 7.  All terms to run concurrently.

4          Within 72 hours of release from the custody of the

5    Bureau of Prisons the defendant will report in person to the

6    probation office in the district to which he is released.

7          While on supervised release the defendant will comply

8    with the mandatory and standard conditions of supervision.

9          Those include:  Not committing any crimes, being

10   prohibited from possessing a firearm, or other dangerous

11   device, not unlawfully possessing a controlled substance, and

12   cooperating in the collection of DNA.

13         The defendant will also comply with the permissible

14   search and unpaid special assessment requirements noted in

15   part F of the revised presentence investigation report.

16         The defendant must pay the United States a special

17   assessment of $100 as to each of the counts, for a total of

18   $500.

19         I have heard Ms. Barrist's objections to my findings

20   and the manner in which I announced my sentence.

21         I will advise you, of course, as you well know,

22   Mr. Moore, that you have the right to appeal the sentence, and

23   any notice of appeal must be filed within 14 days after entry

24   of the judgment.  If you're unable to pay the cost of an

25   appeal, you may apply for a leave to appeal in *forma pauperis*.

1          And, Mr. Santucci, I ask that you revise the

2    presentence investigation report, as previously requested.

3          PROBATION OFFICER SANTUCCI:  Yes, Your Honor.

4          Your Honor, I have one question.  I didn't hear if you

5    found he had the ability to pay a fine or not.

6          THE COURT:  I did not impose a fine.  I don't find he

7    has the ability to do so.  Thank you.

8          MS. BARRIST:  I have another question.  You know, the

9    original talks about Counts 8, 9 and 10, and I know that the

10   sentence was supposed to be concurrent, 7, 8, 9 and 10 are all

11   concurrent, I guess, 8, 9 and 10 are concurrent with Count 7,

12   but you never said anything about 8, 9 and 10.

13         THE COURT:  I'll wait to hear from the Government and

14   probation on that.

15         MS. BARRIST:  The original judgment is at DE-99.

16         MR. MCMICHAEL:  Your Honor, if I may?

17         THE COURT:  Yes.

18         MR. MCMICHAEL:  Counts 8, 9 and 10 were all sentenced

19   up to 120 months maximum sentences.  And as much as they should

20   run concurrent, I have no objection -- I know those sentences

21   were not before the Court for resentencing --

22         THE COURT:  Right.

23         MR. MCMICHAEL:  -- although, to be consistent, they

24   should all -- your current sentences should be imposed to run

25   concurrent with 8, 9 and 10.  And I have no other issues.

1        THE COURT:  So the sentences on Counts 1, 2 and 5 are

2  to run concurrently with the 120 month sentence in 8, 9 and 10?

3        MR. MCMICHAEL:  Yes, Your Honor.

4        MS. BARRIST:  7, 8, 9, 10.

5        THE COURT:  7, 8, 9, 10.  I was not addressing those.

6  As Mr. McMichael said that certainly -- is there a need for me

7  to enter an amended judgment today?  I suppose I will because

8  I'm reducing his supervised release, that just indicates at

9  today's hearing what the results are.

10        MS. BARRIST:  Your Honor, I'm going to need a judgment,

11  because I'm, you know --

12        THE COURT:  Mr. Moore's going to continue, he will

13  appeal my decision and my reasons for that; and so you will

14  have an amended judgment, certainly.

15        MS. BARRIST:  Thank you, Judge.

16        THE COURT:  Mr. Santucci?

17        PROBATION OFFICER SANTUCCI:  Your Honor, with regards

18  to Counts 8, 9 and 10, the Court should probably also impose

19  supervised release on those counts.

20        THE COURT:  Correct, we will include that as well.

21        Is that a -- is six years too long for those?

22        MR. MCMICHAEL:  It is.  The guideline range,

23  specifically, for those counts, it would be 1 through --

24        THE COURT:  It would be three years as to Counts 7, 8,

25  9 and 10 of supervised release.

```
1              MR. MCMICHAEL:  Yes.

2              THE COURT:  Very well.

3              Is there anything additional?

4              MS. BARRIST:  No, Judge.

5              MR. MCMICHAEL:  No.

6              THE COURT:  Thank you.  You all have a good day.

7              MR. MCMICHAEL:  Have a good weekend, Your Honor.

8              THE COURT:  You, too.

9              (Proceedings concluded at 10:48 a.m.)

10

11                  C E R T I F I C A T E

12

13        I hereby certify that the foregoing is an

14     accurate transcription of the proceedings in the

15     above-entitled matter.

16     September 8th, 2021   Glenda M. Powers

17
                              GLENDA M. POWERS, RPR, CRR, FPR
18                            United States District Court
                              400 North Miami Avenue, 08S33
19                            Miami, Florida  33128

20

21

22

23

24

25
```

**$**

**$100** [1] - 29:17
**$500** [1] - 29:18

**'**

**'28** [1] - 7:3
**'90s** [1] - 11:14

**0**

**08S33** [1] - 32:18

**1**

**1** [13] - 1:9, 12:21,
17:7, 26:6, 26:7,
27:20, 28:17, 28:20,
28:21, 29:2, 31:1,
31:23
**1,000** [5] - 12:11, 19:3,
24:7, 26:20
**10** [14] - 9:6, 12:20,
24:24, 30:9, 30:10,
30:11, 30:12, 30:18,
30:25, 31:2, 31:4,
31:5, 31:18, 31:25
**100** [2] - 14:24
**10:00** [1] - 1:7
**10:48** [2] - 1:8, 32:9
**11.5** [1] - 17:1
**12** [1] - 9:9
**120** [3] - 28:18, 30:19,
31:2
**13** [1] - 19:20
**13.9** [3] - 11:25, 14:15,
25:12
**14** [1] - 29:23
**17** [1] - 16:4
**18** [2] - 26:4, 27:22
**18.4** [1] - 16:22
**19** [6] - 8:22, 9:20,
15:3, 24:23, 27:5,
27:17
**192** [1] - 18:5

**2**

**2** [12] - 8:22, 12:21,
12:22, 17:7, 26:6,
26:7, 27:20, 28:17,
28:20, 28:21, 29:2,
31:1
**20** [1] - 25:11
**2000** [1] - 13:25
**2002** [2] - 7:15, 7:16
**2003** [2] - 8:17, 22:2
**2004** [4] - 13:24,
13:25, 22:4

**2006** [2] - 14:2, 22:8
**2007** [2] - 14:2, 22:20
**2012** [2] - 22:11, 22:19
**2017** [1] - 16:15
**2019** [3] - 14:5, 22:22,
23:11
**2021** [3] - 1:5, 7:3,
32:16
**2255** [1] - 25:23
**23** [1] - 7:6
**25** [1] - 8:21
**252** [1] - 25:21
**28** [1] - 1:5
**292** [6] - 17:7, 19:14,
23:20, 26:8, 27:20,
28:17
**2nd** [1] - 22:2

**3**

**3** [2] - 8:13, 12:24
**30** [3] - 15:1, 15:18
**30th** [1] - 22:4
**31** [2] - 16:19, 26:25
**33(a** [2] - 8:5, 8:9
**33128** [2] - 1:25, 32:19
**33401** [2] - 1:18, 1:21
**34** [1] - 7:7
**352** [2] - 10:3, 28:17
**3553** [2] - 26:9, 27:22
**3553(a** [2] - 23:17,
26:5
**3553(a)(2** [1] - 8:12
**3553(a)(5** [1] - 10:2
**3553(a)(7** [1] - 10:11
**360** [1] - 19:24
**39** [1] - 1:9
**3rd** [5] - 7:15, 11:25,
12:11, 12:15, 14:15

**4**

**4** [2] - 8:13, 12:24
**40** [1] - 16:22
**400** [3] - 1:17, 1:25,
32:18
**420** [1] - 25:20
**450** [1] - 1:20
**48** [1] - 4:10
**49** [1] - 16:22

**5**

**5** [9] - 17:7, 26:6, 26:7,
27:20, 28:18, 28:20,
28:21, 29:1, 31:1
**50** [3] - 16:18, 16:19,
16:24
**500** [2] - 1:17, 1:21
**53** [1] - 7:12

**59** [1] - 16:24
**5th** [1] - 7:16

**6**

**6** [2] - 28:20, 29:2
**60** [3] - 15:17, 17:21,
28:20

**7**

**7** [8] - 28:19, 28:22,
29:3, 30:10, 30:11,
31:4, 31:5, 31:24
**72** [1] - 29:4
**74** [1] - 21:1
**76** [1] - 22:1

**8**

**8** [12] - 17:22, 30:9,
30:10, 30:11, 30:12,
30:18, 30:25, 31:2,
31:4, 31:5, 31:18,
31:24
**8,373.9** [1] - 7:7
**800-and-something-
thousand** [1] - 10:19
**8th** [1] - 32:16

**9**

**9** [11] - 30:9, 30:10,
30:11, 30:12, 30:18,
30:25, 31:2, 31:4,
31:5, 31:18, 31:25
**924(c** [1] - 24:5
**924(c)** [1] - 11:25
**924(c)s** [1] - 10:17
**9:02-CR-80074-CMA-
1** [1] - 1:2
**9:56** [1] - 1:8

**A**

**a.m** [4] - 1:7, 1:8, 32:9
**ability** [2] - 30:5, 30:7
**able** [1] - 23:14
**above-entitled** [1] -
32:14
**absolutely** [1] - 23:9
**accepted** [4] - 21:21,
25:13, 26:11, 28:2
**access** [4] - 22:3,
22:25, 23:6, 23:14
**accident** [1] - 11:9
**according** [6] - 7:9,
10:18, 10:25, 15:25,
16:17, 20:6
**account** [3] - 24:8,

24:19, 27:22
**accurate** [1] - 32:13
**Act** [3] - 8:6, 15:2,
25:17
**action** [2] - 22:7,
22:19
**activity** [1] - 18:19
**actual** [1] - 15:14
**ADAM** [1] - 1:16
**Adam** [1] - 2:6
**add** [1] - 15:5
**added** [5] - 12:11,
12:14, 12:23, 13:2,
21:3
**addenda** [1] - 6:19
**addendum** [2] - 22:11,
22:12
**addition** [3] - 17:25,
20:1, 21:2
**additional** [2] - 21:3,
32:3
**address** [1] - 25:1
**addressing** [1] - 31:5
**adequate** [2] - 4:16,
4:21
**admits** [1] - 13:22
**admitted** [4] - 22:2,
22:4, 22:22, 24:10
**adult** [2] - 22:14
**advantage** [1] - 23:14
**advise** [1] - 29:21
**affirm** [1] - 2:14
**AFPD** [1] - 1:19
**ages** [2] - 16:22, 16:24
**ago** [1] - 8:21
**agree** [3] - 19:6,
24:11, 24:21
**agreed** [1] - 7:13
**agreement** [3] - 7:5,
7:8, 27:19
**ahead** [1] - 11:1
**Alabama** [2] - 12:3,
24:15
**alcohol** [4] - 4:9, 14:1,
16:6, 22:5
**alleging** [1] - 25:24
**Allen** [2] - 11:3, 11:11
**Allen's** [1] - 11:5
**allowed** [2] - 23:8,
23:9
**almost** [1] - 25:11
**alone** [1] - 3:21
**ALTONAGA** [1] - 1:12
**amend** [1] - 7:10
**amended** [2] - 31:7,
31:14
**amendment** [1] -
19:25
**AMERICA** [1] - 1:4

**amount** [11] - 10:8,
11:24, 13:11, 13:17,
14:14, 14:19, 18:1,
19:7, 19:15, 23:20,
26:13
**amounts** [4] - 14:16,
18:17, 18:23
**announced** [1] - 29:20
**anyway** [1] - 12:6
**apologize** [3] - 20:19,
20:20, 20:23
**appeal** [5] - 29:22,
29:23, 29:25, 31:13
**appear** [10] - 2:25,
3:20, 4:22, 5:2, 5:7,
5:11, 5:18, 6:3, 6:5,
6:9
**appearance** [1] - 3:13
**appearances** [1] - 2:4
**APPEARANCES** [1] -
1:15
**appearing** [1] - 4:3
**apply** [1] - 29:25
**apprehended** [1] -
20:13
**appropriate** [1] - 26:5
**April** [6] - 7:15, 7:16,
11:25, 12:11, 12:15,
14:15
**area** [1] - 11:16
**argue** [1] - 16:11
**arguments** [1] - 3:15
**armed** [2] - 10:17,
26:17
**arose** [1] - 20:7
**arraignment** [2] -
12:3, 12:5
**arrest** [6] - 7:14, 12:4,
15:22, 20:24, 21:3,
24:15
**arrested** [5] - 7:15,
12:2, 13:2, 16:22,
26:25
**arrived** [1] - 20:9
**assault** [2] - 15:21,
20:22
**assessment** [2] -
29:14, 29:17
**assistance** [1] - 25:24
**Assistant** [1] - 2:7
**attached** [1] - 14:6
**attention** [1] - 18:8
**attorney** [8] - 2:24,
3:10, 3:15, 4:7, 4:17,
4:22, 6:7, 6:17
**Attorney's** [1] - 1:16
**attorneys** [1] - 6:21
**August** [3] - 16:18,
16:19, 22:4
**AUSA** [1] - 1:16

**Australian** [2] - 1:17, 1:20
**available** [3] - 10:1, 26:1, 27:16
**Avenue** [4] - 1:17, 1:20, 1:25, 32:18
**avoid** [1] - 10:11
**aware** [1] - 10:5

## B

**bank** [1] - 10:17
**Barrist** [11] - 2:7, 2:11, 2:25, 5:9, 6:23, 17:9, 17:11, 19:6, 21:24, 24:1, 25:2
**BARRIST** [17] - 1:19, 2:7, 5:14, 6:25, 7:24, 8:2, 20:17, 23:23, 24:2, 28:9, 28:13, 30:8, 30:15, 31:4, 31:10, 31:15, 32:4
**Barrist's** [1] - 29:19
**based** [8] - 7:5, 8:3, 14:17, 17:2, 19:15, 19:16, 19:17, 24:13
**basis** [2] - 27:17, 28:6
**battery** [4] - 15:16, 15:20, 20:21, 20:22
**BEACH** [1] - 1:2
**Beach** [6] - 1:18, 1:21, 11:16, 13:9, 18:10, 18:12
**became** [2] - 11:11, 11:13
**become** [1] - 9:15
**becomes** [1] - 23:10
**becoming** [1] - 23:10
**BEFORE** [1] - 1:12
**began** [1] - 11:4
**begin** [2] - 18:18, 22:1
**behalf** [4] - 2:6, 2:8, 2:10, 6:17
**BEHALF** [2] - 1:16, 1:19
**behind** [1] - 9:14
**benefit** [1] - 27:9
**benefitted** [1] - 19:22
**best** [1] - 5:12
**better** [3] - 8:12, 23:13, 25:6
**between** [2] - 16:21, 16:24
**bit** [1] - 21:5
**blatant** [1] - 26:15
**blatantly** [1] - 18:11
**book** [1] - 22:14
**BOP** [1] - 27:5
**bottom** [1] - 13:1
**bought** [2] - 10:19,

11:8
**break** [1] - 9:14
**briefly** [1] - 23:23
**bringing** [1] - 9:23
**broad** [2] - 19:1, 26:22
**brought** [3] - 9:21, 11:10, 11:16
**Bureau** [3] - 27:16, 28:16, 29:5
**business** [4] - 8:19, 8:20, 9:10, 11:12
**buying** [1] - 11:4
**BY** [1] - 1:23

## C

**cannot** [1] - 6:12
**capable** [1] - 5:16
**car** [1] - 20:11
**carefully** [1] - 26:4
**carry** [1] - 27:25
**carrying** [2] - 15:25, 20:21
**case** [17] - 3:1, 5:13, 7:8, 8:9, 8:10, 10:14, 11:23, 13:13, 14:20, 18:7, 18:8, 19:13, 21:3, 23:18, 25:16, 25:25
**CASE** [1] - 1:2
**cases** [4] - 10:15, 11:16, 13:3, 23:4
**Category** [1] - 15:7
**category** [4] - 15:14, 16:9, 16:11, 27:2
**caught** [1] - 18:14
**CDL** [1] - 8:18
**CECILIA** [1] - 1:12
**cell** [7] - 14:6, 14:9, 22:23, 22:24, 23:6, 23:8, 24:24
**center** [1] - 26:21
**certainly** [4] - 26:24, 27:8, 31:6, 31:14
**certificates** [2] - 8:18, 8:23
**certify** [1] - 32:12
**chair** [1] - 14:3
**changes** [1] - 19:22
**characteristics** [1] - 26:23
**charged** [1] - 10:14
**charges** [4] - 12:1, 21:3, 21:8, 24:15
**charging** [1] - 11:23
**chased** [1] - 20:11
**children** [2] - 9:20, 9:23
**chose** [1] - 27:4
**Circuit** [2] - 14:21,

26:2
**circumstance** [1] - 19:19
**circumstances** [6] - 5:13, 20:1, 21:15, 23:12, 23:17, 26:9
**cited** [1] - 16:14
**citizen** [1] - 18:9
**classes** [1] - 27:8
**clear** [1] - 28:15
**client** [1] - 5:12
**cocaine** [15] - 7:8, 8:8, 11:6, 11:11, 11:25, 12:25, 15:4, 17:22, 18:25, 19:20, 19:23, 26:14
**coconspirators** [2] - 10:14, 14:18
**Code** [2] - 26:5, 27:22
**coerced** [1] - 5:5
**coercion** [1] - 6:11
**collection** [1] - 29:12
**college** [1] - 9:11
**commands** [1] - 14:2
**commend** [1] - 23:12
**Commission** [1] - 16:14
**commit** [1] - 23:4
**committed** [3] - 10:16, 18:15, 28:16
**committing** [1] - 29:9
**communications** [2] - 22:25, 23:5
**community** [3] - 18:8, 18:9, 18:12
**compare** [1] - 21:18
**competent** [1] - 5:16
**completed** [2] - 8:17, 8:23
**comply** [2] - 29:7, 29:13
**concealed** [2] - 15:25, 20:21
**concepts** [1] - 8:19
**concerning** [4] - 21:6, 21:11, 21:12
**concerns** [2] - 23:1, 23:2
**concluded** [1] - 32:9
**concrete** [1] - 8:20
**concurrent** [5] - 30:10, 30:11, 30:20, 30:25
**concurrently** [4] - 28:18, 28:19, 29:3, 31:2
**condition** [3] - 4:13, 9:18, 10:8
**conditions** [1] - 29:8
**conduct** [4] - 8:15,

13:20, 26:10, 26:14
**confinement** [1] - 10:7
**confused** [1] - 23:7
**congruent** [1] - 21:19
**consecutively** [1] - 28:21
**consent** [11] - 3:20, 4:3, 4:5, 4:22, 5:2, 5:6, 5:11, 5:18, 6:5, 6:9
**consented** [1] - 6:2
**consenting** [1] - 2:25
**consider** [5] - 10:1, 13:12, 13:18, 13:21, 24:22
**consideration** [3] - 8:4, 19:6, 21:11
**considered** [2] - 26:4, 26:23
**considering** [3] - 5:13, 15:9, 26:5
**consistent** [1] - 30:23
**consists** [2] - 28:17, 29:1
**conspiracy** [5] - 12:22, 12:23, 12:24, 13:1, 14:22
**consult** [2] - 4:16, 4:21
**consultation** [1] - 6:6
**consulted** [1] - 2:24
**contact** [1] - 25:7
**contained** [1] - 22:11
**continue** [3] - 7:4, 9:24, 31:12
**contrary** [1] - 13:8
**contributes** [2] - 3:6, 5:21
**contributing** [1] - 26:15
**control** [1] - 14:12
**controlled** [1] - 29:11
**convicted** [8] - 12:15, 17:17, 17:18, 20:6, 20:15, 20:17, 20:25, 24:16
**conviction** [2] - 20:16, 20:24
**cooperate** [1] - 13:3
**cooperated** [3] - 21:16, 21:21, 28:3
**cooperating** [2] - 17:19, 29:12
**correct** [1] - 31:20
**corrected** [1] - 7:5
**correction** [1] - 7:13
**corrections** [5] - 7:17, 7:20, 7:22, 7:24, 8:2
**correctly** [1] - 21:23
**corrupting** [1] - 18:12

**cost** [1] - 29:24
**counsel** [1] - 25:24
**Count** [12] - 12:21, 12:22, 12:24, 28:19, 28:20, 29:1, 29:2, 29:3, 30:11
**count** [1] - 16:7
**counts** [10] - 12:6, 12:14, 12:21, 13:1, 17:17, 23:20, 29:17, 31:19, 31:23
**Counts** [13] - 17:7, 26:6, 26:7, 27:20, 28:17, 28:20, 28:21, 29:2, 30:9, 30:18, 31:1, 31:18, 31:24
**courage** [1] - 18:10
**course** [5] - 25:23, 26:9, 26:16, 28:12, 29:21
**courses** [2] - 8:17, 8:23
**COURT** [44] - 1:1, 2:2, 2:11, 2:17, 2:24, 3:3, 3:8, 3:13, 3:18, 3:23, 4:1, 4:3, 4:6, 4:9, 4:12, 4:16, 4:21, 4:25, 5:5, 5:9, 5:15, 6:21, 7:19, 7:23, 8:1, 17:9, 23:25, 25:2, 25:15, 28:12, 28:15, 30:6, 30:13, 30:17, 30:22, 31:1, 31:5, 31:12, 31:16, 31:20, 31:24, 32:2, 32:6, 32:8
**court** [2] - 6:1, 11:17
**Court** [21] - 1:24, 1:24, 2:1, 5:15, 7:9, 8:3, 9:25, 13:12, 13:13, 13:14, 13:17, 16:14, 17:24, 19:8, 19:10, 23:21, 25:1, 25:10, 30:21, 31:18, 32:18
**courtroom** [5] - 3:10, 3:19, 3:24, 4:18, 5:11
**Covid** [1] - 27:17
**crack** [13] - 7:7, 8:8, 11:25, 12:22, 12:23, 14:23, 14:24, 15:4, 17:22, 18:25, 19:20, 19:23, 26:14
**credible** [2] - 17:18, 17:21
**crime** [2] - 12:16, 18:14
**crimes** [2] - 23:4, 29:9
**criminal** [14] - 3:4, 4:18, 15:6, 15:7,

15:8, 15:9, 15:10, 15:12, 15:13, 15:14, 16:9, 16:11, 16:12, 27:1
**critical** [5] - 2:25, 3:5, 3:20, 4:18, 5:21
**CRR** [2] - 1:23, 32:17
**current** [3] - 12:20, 14:5, 30:24
**custody** [2] - 7:16, 29:4
**cycle** [1] - 9:15

## D

**dangerous** [1] - 29:10
**dare** [1] - 27:25
**Darrisaw** [2] - 10:16, 10:21
**date** [1] - 7:14
**daughter** [1] - 9:9
**daughters** [4] - 9:3, 9:5, 9:21, 9:23
**daylight** [2] - 19:1, 26:22
**days** [3] - 15:17, 15:18, 16:4, 29:23
**DE-99** [1] - 30:15
**dealers** [2] - 8:8, 17:19
**dealing** [1] - 11:1
**December** [2] - 16:15, 22:8
**decided** [8] - 8:11, 11:19, 12:8, 13:3, 13:6, 14:9, 14:21, 15:11
**decides** [1] - 11:21
**decision** [1] - 31:13
**decisions** [1] - 3:21
**DEFENDANT** [20] - 1:19, 2:16, 2:23, 3:2, 3:7, 3:12, 3:17, 3:22, 3:25, 4:2, 4:5, 4:8, 4:11, 4:15, 4:20, 4:24, 5:4, 5:8, 6:20, 25:4
**defendant** [20] - 5:16, 5:19, 5:23, 5:25, 17:16, 17:18, 17:25, 18:14, 18:22, 19:17, 21:20, 22:4, 25:16, 26:18, 26:24, 28:23, 29:5, 29:7, 29:13, 29:16
**defendant's** [8] - 5:10, 6:4, 6:8, 6:9, 8:14, 18:19, 20:2, 21:12
**defendants** [4] - 10:12, 10:13, 21:16,

27:24
**Defender** [1] - 2:8
**Defender's** [2] - 1:20, 11:14
**degree** [1] - 9:11
**delayed** [1] - 6:13
**denied** [1] - 25:25
**deny** [1] - 21:7
**denying** [1] - 21:7
**depart** [1] - 19:10
**departure** [1] - 23:19
**Derrick** [1] - 11:3
**describe** [1] - 18:18
**destroying** [1] - 18:12
**detergent** [2] - 13:23, 22:13
**determination** [1] - 18:10
**determine** [1] - 19:9
**determined** [1] - 18:3
**determining** [1] - 13:12
**deterrence** [1] - 8:13
**device** [1] - 29:11
**diabetic** [2] - 9:18, 25:8
**different** [3] - 11:18, 21:16, 26:19
**direction** [1] - 7:22
**disciplinary** [5] - 13:21, 14:7, 22:7, 22:18, 24:20
**disciplined** [3] - 21:25, 22:8, 22:20
**disciplines** [1] - 27:7
**discretion** [4] - 19:9, 25:17, 26:3, 28:7
**discuss** [1] - 10:10
**discussed** [1] - 27:7
**disparity** [2] - 10:12, 27:23
**disposition** [1] - 20:25
**distributing** [1] - 18:24
**distribution** [3] - 11:12, 19:18, 26:21
**distributors** [1] - 26:19
**district** [1] - 29:6
**District** [2] - 1:24, 32:18
**DISTRICT** [3] - 1:1, 1:1, 1:13
**DIVISION** [1] - 1:2
**DNA** [1] - 29:12
**docket** [1] - 11:22
**Docket** [1] - 18:5
**document** [1] - 14:11
**dollars** [1] - 10:19

**domestic** [1] - 20:8
**done** [2] - 16:13, 21:21
**Dothan** [2] - 12:2, 24:15
**downward** [1] - 28:11
**drinking** [2] - 7:12, 16:7
**drug** [6] - 16:21, 16:23, 17:19, 18:19, 19:18, 26:21
**drug-trafficking** [2] - 16:21, 16:23
**drugs** [23] - 4:9, 10:19, 10:22, 10:24, 11:8, 11:10, 11:24, 13:9, 13:11, 13:17, 14:1, 14:14, 14:19, 17:20, 17:25, 18:1, 18:17, 18:23, 19:7, 19:15, 22:5, 24:7, 26:13
**duress** [1] - 6:11
**during** [3] - 18:20, 21:13, 25:22

## E

**early** [1] - 15:24
**earned** [2] - 8:18, 8:24
**eight** [3] - 10:3, 17:8, 28:25
**Eleventh** [2] - 14:21, 26:2
**emergency** [2] - 9:7
**employment** [2] - 8:24, 27:3
**encouragement** [1] - 9:14
**ended** [1] - 15:3
**enforcement** [3] - 18:9, 18:11, 18:24
**engaged** [1] - 27:13
**enhancement** [1] - 24:12
**enter** [1] - 31:7
**entertain** [1] - 3:15
**entire** [1] - 28:1
**entitled** [2] - 14:22, 32:14
**Entry** [1] - 18:5
**entry** [1] - 29:23
**escaped** [2] - 15:21, 20:10
**estimate** [1] - 14:18
**ethic** [1] - 17:3
**eventually** [1] - 25:9
**evidence** [3] - 8:12, 12:9, 12:17
**ex** [1] - 9:3
**ex-wife** [1] - 9:3

**exact** [2] - 14:11, 18:14
**examination** [1] - 15:12
**examining** [1] - 8:14
**example** [1] - 14:10
**excessive** [1] - 8:8
**exercise** [3] - 25:17, 26:3, 28:6
**exercising** [1] - 21:7
**existing** [1] - 14:13
**explained** [1] - 8:10
**explaining** [1] - 14:8
**expressed** [1] - 9:13
**extensive** [1] - 25:22
**extent** [1] - 17:21
**extra** [2] - 24:4, 24:6
**extreme** [3] - 19:21, 22:17, 24:11
**extremely** [1] - 26:10

## F

**facilities** [1] - 23:11
**fact** [7] - 15:13, 16:12, 19:22, 20:6, 21:13, 24:12, 24:14
**factor** [3] - 13:12, 13:17, 19:7, 21:23
**factors** [15] - 8:4, 8:5, 8:9, 8:12, 9:25, 13:19, 19:5, 19:7, 19:9, 21:10, 23:17, 24:18, 26:4, 26:9, 27:22
**facts** [1] - 21:9
**failed** [1] - 14:2
**failing** [2] - 16:2, 16:3
**failure** [1] - 28:11
**fairness** [2] - 3:6, 5:22
**family** [4] - 9:2, 17:3, 25:7, 25:11
**far** [1] - 24:6
**father** [1] - 9:17
**father's** [1] - 25:8
**FCI** [1] - 23:10
**FDC** [1] - 14:8
**Federal** [7] - 1:20, 2:7, 7:16, 11:14, 16:15, 16:20, 16:23
**feet** [5] - 12:12, 19:3, 19:4, 24:7, 26:20
**felony** [1] - 20:5
**fiance** [1] - 9:3
**file** [1] - 12:8
**filed** [4] - 7:13, 8:16, 15:1, 29:23
**filings** [2] - 6:17, 8:16
**final** [2] - 7:13, 16:13
**finally** [1] - 11:7

**findings** [1] - 29:19
**fine** [3] - 15:21, 30:5, 30:6
**firearm** [3] - 19:16, 26:17, 29:10
**First** [3] - 8:6, 15:1, 25:17
**first** [6] - 6:21, 8:7, 11:23, 12:6, 16:17, 22:6
**five** [8] - 8:25, 10:13, 14:17, 17:18, 24:4, 26:18, 27:11, 29:2
**fled** [1] - 20:12
**FLORIDA** [1] - 1:1
**Florida** [5] - 1:4, 1:18, 1:21, 1:25, 32:19
**followed** [3] - 17:15, 17:16, 17:17
**food** [1] - 20:14
**foregoing** [1] - 32:12
**forma** [1] - 29:25
**four** [1] - 29:2
**FPR** [2] - 1:23, 32:17
**Friday** [1] - 1:6
**fugitive** [3] - 12:1, 12:5, 24:14
**fully** [2] - 5:16, 18:18
**funds** [1] - 21:11
**furthermore** [2] - 26:12, 28:3

## G

**Ginsburg** [1] - 13:14
**Glenda** [1] - 32:16
**GLENDA** [1] - 1:23, 32:17
**Government** [8] - 3:16, 12:10, 13:6, 13:22, 23:2, 24:17, 27:19, 30:13
**GOVERNMENT** [1] - 1:16
**Government's** [3] - 6:18, 13:8, 28:4
**grams** [5] - 7:7, 11:25, 14:15, 19:20, 25:12
**grandchildren** [2] - 9:19, 25:7
**greater** [2] - 14:12, 27:21
**guaranteed** [11] - 3:3, 3:8, 3:19, 4:17, 4:19, 5:10, 5:17, 5:19, 6:1, 6:4, 6:8
**guard** [1] - 27:17
**guess** [5] - 12:2, 15:5, 16:3, 20:11, 30:11
**guideline** [6] - 7:1,

8:3, 19:10, 19:11,
19:13, 31:22
**guidelines** [1] - 19:25
**guilty** [4] - 11:19,
12:25, 13:3, 17:25
**gun** [6] - 12:1, 12:14,
12:15, 18:2, 24:5,
24:15
**guy** [1] - 14:24
**guys** [1] - 13:2

## H

**hand** [1] - 2:13
**handcuffs** [1] - 20:10
**handed** [1] - 18:14
**harm** [1] - 6:13
**harsh** [1] - 8:7
**health** [1] - 27:18
**hear** [7] - 6:23, 7:25,
17:10, 23:24, 25:3,
30:4, 30:13
**heard** [1] - 29:19
**HEARING** [1] - 1:11
**hearing** [12] - 2:18,
2:22, 3:14, 3:24, 4:4,
4:22, 5:17, 6:2, 6:12,
6:14, 6:21, 31:9
**heart** [1] - 9:18
**help** [1] - 8:19
**helped** [1] - 9:14
**hereby** [1] - 32:12
**hierarchy** [1] - 19:18
**high** [2] - 11:1, 18:1
**higher** [1] - 18:3
**himself** [2] - 23:13,
26:12
**history** [15] - 15:6,
15:7, 15:8, 15:9,
15:10, 15:12, 15:14,
15:15, 16:9, 16:11,
16:12, 20:2, 20:4,
26:23, 27:2
**home** [3] - 10:7, 25:9,
25:11
**Honor** [17] - 2:5, 2:9,
7:21, 17:11, 17:13,
20:23, 21:23, 23:18,
23:22, 25:4, 30:3,
30:4, 30:16, 31:3,
31:10, 31:17, 32:7
**HONORABLE** [1] -
1:12
**hours** [2] - 4:10, 29:4
**Hurley** [11] - 15:8,
15:15, 17:14, 17:15,
18:4, 18:16, 21:4,
21:10, 24:19, 25:19,
26:1

## I

**iceberg** [1] - 18:18
**Ill** [4] - 15:7, 16:9,
16:12, 27:2
**ill** [1] - 9:17
**illness** [1] - 4:13
**Imperial** [1] - 19:3
**impose** [2] - 30:6,
31:18
**imposed** [5] - 17:14,
19:14, 28:19, 28:21,
30:24
**imprisoned** [1] - 28:16
**imprisonment** [2] -
26:8, 28:23
**incarcerated** [2] -
17:1, 27:5
**incarceration** [1] -
8:14
**incident** [3] - 14:1,
20:8, 22:12
**incidents** [1] - 21:25
**include** [2] - 29:9,
31:20
**including** [1] - 25:23
**income** [1] - 27:4
**increased** [1] - 12:12
**indicated** [1] - 10:4
**indicates** [1] - 31:8
**indictment** [5] - 11:23,
12:7, 12:10, 12:19,
12:20
**individuals** [4] -
17:20, 18:4, 21:19,
23:4
**ineffective** [1] - 25:24
**information** [1] -
18:13
**infractions** [1] - 27:6
**inmate's** [1] - 22:2
**inmates** [6] - 14:9,
16:15, 16:21, 16:23,
27:9
**innocent** [1] - 25:25
**insolent** [2] - 22:9,
22:21
**instead** [2] - 11:19,
28:24
**instruction** [1] - 26:2
**interest** [2] - 5:12,
6:13
**investigation** [4] -
6:19, 20:7, 29:15,
30:2
**involved** [6] - 7:8,
18:17, 20:2, 26:13,
26:14, 26:17
**involvement** [2] -
18:19, 19:17

**involving** [2] - 14:1,
18:21
**issue** [2] - 27:18, 28:8
**issued** [1] - 12:3
**issues** [1] - 30:25
**item** [1] - 13:23
**itself** [2] - 17:24, 22:15

## J

**jackets** [1] - 9:1
**jail** [8] - 13:5, 15:16,
15:18, 15:20, 16:4,
16:5, 16:7
**Jr** [1] - 9:22
**Judge** [20] - 5:14,
6:25, 7:4, 13:14,
15:8, 15:15, 17:14,
17:15, 18:4, 18:16,
21:4, 21:10, 24:2,
24:19, 25:19, 26:1,
28:9, 28:13, 31:15,
32:4
**JUDGE** [1] - 1:13
**judge** [2] - 11:13,
23:23
**judgment** [5] - 29:24,
30:15, 31:7, 31:10,
31:14
**July** [1] - 22:2
**jury** [3] - 12:25, 17:18,
17:24
**justice** [6] - 6:14, 12:2,
21:5, 21:13, 21:20,
24:13

## K

**keep** [1] - 25:7
**KENNETH** [1] - 1:7
**Kenneth** [1] - 2:3
**kids** [2] - 9:8, 9:10
**kilo** [1] - 11:16
**kilograms** [1] - 17:22
**kilos** [3] - 14:24,
14:25, 17:21
**Kimbrough** [1] - 13:14
**kind** [1] - 10:1
**knowing** [1] - 23:8
**knowingly** [2] - 5:25,
6:2

## L

**large** [2] - 14:16,
26:13
**last** [4] - 4:10, 24:24,
27:5, 27:11
**laundry** [2] - 13:23,
22:13

**law** [4] - 18:9, 18:10,
18:23, 19:22
**lawn** [1] - 8:20
**learn** [1] - 27:14
**least** [1] - 18:20
**leave** [1] - 29:25
**left** [2] - 7:2, 11:1
**lenient** [1] - 25:10
**less** [6] - 10:2, 10:6,
17:7, 17:8, 19:3,
26:20
**lesser** [1] - 7:2
**letters** [2] - 9:2, 9:12
**level** [6] - 18:3, 24:12,
24:13, 26:19, 28:1
**Lewis** [2] - 10:16,
10:21
**license** [2] - 8:18, 8:19
**lied** [1] - 21:9
**life** [2] - 14:25, 18:7
**likely** [1] - 10:4
**limited** [1] - 23:1
**line** [1] - 13:1
**listed** [1] - 7:14
**literally** [1] - 18:14
**litigation** [2] - 21:6,
25:22
**loaded** [1] - 19:17
**location** [3] - 19:2,
26:19, 26:21
**locked** [4] - 8:22, 9:6,
9:9, 16:18
**longest** [1] - 15:16
**look** [2] - 8:9, 16:8
**looking** [12] - 12:13,
15:8, 17:13, 17:23,
18:16, 22:1, 22:15,
23:12, 23:16, 23:17,
26:8
**Lori** [1] - 2:7
**LORI** [1] - 1:19
**lost** [5] - 12:9, 12:16,
12:17, 22:5, 22:6
**love** [1] - 9:13
**lower** [3] - 21:19,
26:19, 28:1
**lower-level** [1] - 26:19
**lowered** [1] - 23:20

## M

**ma'am** [16] - 2:16,
2:23, 3:2, 3:7, 3:17,
3:22, 3:25, 4:5, 4:8,
4:11, 4:15, 4:20,
4:24, 5:4, 5:8, 6:17
**magazine** [1] - 22:14
**man** [2] - 25:5, 26:24
**mandatory** [1] - 29:8
**manner** [1] - 29:20

**March** [1] - 22:11
**marijuana** [3] - 20:15,
20:18, 20:24
**Marty** [2] - 10:16,
10:21
**matter** [2] - 9:22,
32:14
**maximum** [3] - 12:12,
12:7, 30:19
**McDonald's** [1] - 20:9
**McMichael** [5] - 2:6,
2:11, 17:10, 23:25,
31:6
**MCMICHAEL** [12] -
1:16, 2:5, 17:11,
20:19, 30:16, 30:18,
30:23, 31:3, 31:22,
32:1, 32:5, 32:7
**mean** [3] - 13:22, 14:6,
25:11
**means** [2] - 3:9, 27:3
**medical** [1] - 9:7
**member** [2] - 22:10,
22:21
**members** [1] - 9:2
**memorandum** [1] -
6:18
**mental** [1] - 4:12
**mentioned** [3] - 13:19,
24:17, 24:19
**Miami** [6] - 1:4, 1:25,
1:25, 14:8, 32:18,
32:19
**Michael** [1] - 2:10
**middle** [2] - 19:4,
26:20
**military** [1] - 9:1
**minor** [2] - 13:21,
24:22
**misdemeanor** [3] -
12:16, 16:10, 20:4
**misrepresented** [1] -
21:9
**misspoke** [1] - 20:23
**mitigated** [1] - 15:18
**money** [2] - 10:18,
11:9
**monitored** [1] - 23:5
**month** [1] - 31:2
**months** [15] - 8:22,
10:3, 17:7, 19:14,
19:24, 23:20, 25:20,
25:21, 26:8, 27:20,
28:17, 28:18, 28:20,
30:19
**Moore** [50] - 2:3, 2:8,
2:13, 2:17, 6:16,
8:11, 8:17, 9:16,
9:24, 10:20, 10:24,
10:25, 11:1, 11:4,

11:5, 11:8, 11:10,
11:11, 11:18, 12:16,
13:3, 13:5, 13:9,
14:10, 14:12, 14:15,
15:4, 16:25, 17:12,
17:20, 18:1, 19:19,
20:3, 20:9, 21:15,
23:13, 23:24, 25:3,
25:15, 25:19, 25:22,
26:11, 26:18, 27:18,
27:25, 28:3, 28:4,
28:15, 29:22
**MOORE** [4] - 1:7
**Moore's** [6] - 9:13,
10:25, 16:18, 26:6,
28:5, 31:12
**morning** [4] - 2:2, 2:5,
2:9, 2:11
**morning's** [1] - 2:21
**most** [4] - 8:24, 9:4,
22:22, 28:2
**mother** [1] - 9:20
**mother's** [1] - 25:8
**motion** [5] - 12:8,
12:17, 15:2, 25:24
**MR** [11] - 2:5, 17:11,
20:19, 30:16, 30:18,
30:23, 31:3, 31:22,
32:1, 32:5, 32:7
**MS** [16] - 2:7, 5:14,
6:25, 7:24, 8:2,
20:17, 23:23, 24:2,
28:9, 28:13, 30:8,
30:15, 31:4, 31:10,
31:15, 32:4
**multi** [1] - 11:16
**multi-kilo** [1] - 11:16
**multiple** [1] - 11:16
**must** [2] - 29:16,
29:23

## N

**nature** [2] - 5:23, 26:9
**necessary** [1] - 27:21
**need** [7] - 2:17, 7:9,
7:17, 10:11, 27:3,
31:6, 31:10
**neighborhood** [1] -
26:16
**never** [3] - 26:11, 28:3,
30:12
**nineteen** [1] - 25:5
**NO** [1] - 1:2
**North** [2] - 1:25, 32:18
**notate** [1] - 18:16
**notated** [4] - 17:15,
18:5, 18:20, 21:23
**noted** [1] - 29:14
**nothing** [1] - 24:23

**notice** [1] - 29:23
**notify** [1] - 18:10
**November** [1] - 22:22
**numerous** [3] - 17:17,
21:10, 21:25

## O

**obey** [2] - 14:2, 22:9
**object** [1] - 28:9
**objection** [1] - 30:20
**objections** [2] - 28:13,
29:19
**obstruct** [1] - 21:20
**obstructed** [2] - 21:5,
21:13
**obstruction** [1] -
24:13
**obtained** [1] - 11:9
**obtaining** [1] - 17:20
**occupy** [1] - 27:13
**occurred** [8] - 18:21,
18:25, 19:2, 20:8,
23:11, 23:18, 24:24,
26:22
**October** [1] - 22:20
**OF** [4] - 1:1, 1:4, 1:16,
1:19
**offense** [9] - 8:21,
12:11, 15:23, 17:23,
17:24, 23:18, 24:12,
26:10, 28:1
**offenses** [7] - 20:4,
20:5, 21:12, 21:20,
26:10, 26:13, 27:1
**offered** [1] - 27:9
**Office** [4] - 1:16, 1:20,
2:10, 11:14
**office** [1] - 29:6
**officer** [1] - 20:22
**OFFICER** [4] - 2:9,
7:21, 30:3, 31:17
**officers** [3] - 20:10,
20:14, 20:15
**Official** [1] - 1:24
**old** [2] - 9:6, 9:9
**ON** [2] - 1:16, 1:19
**once** [2] - 13:2, 21:24
**one** [22] - 3:1, 4:1,
7:11, 9:6, 10:2,
11:18, 13:17, 13:24,
14:2, 14:3, 14:5,
14:6, 14:7, 15:20,
16:5, 16:7, 17:4,
18:20, 19:6, 19:7,
30:4
**one's** [1] - 27:13
**ones** [2] - 9:3, 9:4
**open** [1] - 21:2
**opinion** [3] - 13:15,

13:16, 17:2
**opportunity** [1] - 6:16
**order** [4] - 2:1, 7:9,
22:9, 26:3
**original** [3] - 17:13,
30:9, 30:15
**originally** [6] - 14:25,
15:2, 15:17, 16:1,
19:23, 20:7
**outcome** [2] - 3:5,
5:21
**outstanding** [1] - 7:17
**over-represent** [3] -
15:13, 15:14, 16:12
**over-represented** [1] -
15:10
**own** [3] - 8:20, 9:8,
9:10
**ownership** [1] - 22:23
**owns** [1] - 9:10

## P

**page** [1] - 7:14
**Pages** [1] - 1:9
**PALM** [1] - 1:2
**Palm** [3] - 1:18, 1:21,
11:16
**paragraph** [4] - 7:6,
7:11, 21:1, 22:1
**paragraphs** [1] - 7:10
**parents** [1] - 9:3
**part** [1] - 29:15
**partially** [1] - 20:10
**parties** [3] - 7:6, 7:9,
7:14
**partners** [1] - 11:11
**passed** [1] - 8:7
**pastor** [1] - 18:9
**pauperis** [1] - 29:25
**pay** [4] - 16:3, 29:16,
29:24, 30:5
**penalty** [1] - 2:14
**people** [3] - 13:4,
14:21, 17:4
**Pepper** [1] - 8:10
**percent** [2] - 16:22,
17:1
**perjured** [1] - 26:12
**perjury** [1] - 2:15
**permissible** [1] -
29:13
**persistent** [1] - 26:15
**person** [16] - 2:19, 3:4,
3:9, 3:10, 3:19, 3:24,
4:18, 5:2, 5:6, 5:11,
5:17, 5:20, 6:1, 13:5,
16:9, 29:5
**perspective** [1] -
22:16

**persuade** [1] - 5:1
**phone** [8] - 14:6, 22:2,
22:5, 22:23, 22:24,
23:3, 23:8, 24:24
**phones** [2] - 14:9,
23:6
**phrased** [1] - 16:6
**physical** [1] - 4:13
**Pierre** [1] - 11:7
**place** [6] - 8:7, 8:21,
10:7, 12:11, 18:11,
21:15
**placed** [4] - 15:23,
16:1, 20:9, 27:1
**plan** [1] - 23:15
**plans** [1] - 9:17
**play** [1] - 19:9
**plaza** [1] - 19:2
**Plaza** [1] - 19:3
**plead** [1] - 13:3
**pleading** [1] - 11:19
**pleadings** [1] - 14:7
**point** [4] - 7:11, 13:11,
16:13, 24:3
**points** [1] - 15:7
**police** [5] - 15:22,
18:13, 20:9, 20:13,
20:22
**position** [3] - 19:8,
21:16, 23:7
**possess** [3] - 12:22,
12:23, 12:24
**possessed** [1] - 24:5
**possessing** [5] -
12:15, 22:4, 24:7,
29:10, 29:11
**possession** [8] -
11:24, 13:22, 14:6,
16:6, 18:2, 18:23,
22:13, 24:23
**post** [3] - 8:14, 13:20,
17:2
**post-incarceration** [1]
- 8:14
**post-sentencing** [2] -
13:20, 17:2
**powder** [4] - 12:22,
12:24, 14:23, 14:25
**powdered** [1] - 26:14
**POWERS** [2] - 1:23,
32:17
**Powers** [1] - 32:16
**precedence** [1] -
19:25
**preceding** [1] - 19:24
**presence** [3] - 3:5,
5:20, 19:16
**present** [16] - 3:4, 3:9,
3:10, 3:19, 3:24,
4:17, 5:2, 5:6, 5:10,

5:17, 5:20, 6:1, 6:5,
6:9, 8:17, 26:7
**presentence** [4] -
6:18, 20:7, 29:15,
30:2
**preserved** [1] - 28:14
**prevent** [1] - 27:16
**prevents** [1] - 4:13
**previously** [2] - 25:18,
30:2
**prices** [1] - 10:25
**prison** [14] - 8:24,
9:14, 9:21, 9:22,
13:5, 16:21, 17:5,
21:24, 22:17, 22:24,
23:1, 23:8, 23:13,
27:13
**Prisons** [3] - 27:16,
28:16, 29:5
**privileges** [1] - 22:6
**PROBATION** [5] - 2:9,
7:21, 30:3, 31:17
**probation** [6] - 7:9,
15:23, 16:1, 29:6,
30:14
**Probation** [2] - 2:10
**problem** [4] - 14:8,
14:13, 23:10
**procedural** [1] - 28:10
**proceed** [1] - 6:14
**proceeding** [4] - 2:18,
3:5, 5:21, 5:24
**proceedings** [7] -
2:25, 3:4, 3:20, 4:18,
5:20, 32:9, 32:13
**prohibited** [1] - 29:10
**promises** [2] - 4:25,
6:10
**proof** [1] - 13:6
**prosecution** [1] - 28:4
**prosecutor** [3] - 3:11,
16:6, 24:10, 24:20
**protecting** [1] - 8:13
**provide** [1] - 19:11
**provided** [1] - 26:2
**provides** [2] - 23:1,
23:2
**PSI** [8] - 7:5, 7:7, 7:10,
7:15, 7:18, 10:18,
10:25, 16:1
**PSR** [1] - 22:1
**public** [3] - 7:12, 8:13,
16:7
**Public** [3] - 1:20, 2:7,
11:14
**punished** [2] - 11:22,
14:4
**purpose** [2] - 2:19,
2:21, 3:14
**put** [1] - 13:6

## Q

**quashed** [1] - 12:5
**questions** [3] - 2:17, 2:19, 4:14
**quite** [1] - 21:5
**quote** [2] - 14:11, 18:6

## R

**raise** [1] - 2:13
**rampant** [1] - 14:8
**ran** [1] - 15:22
**range** [3] - 7:1, 8:3, 31:22
**rate** [1] - 16:16
**rather** [1] - 2:19
**re** [2] - 16:22, 17:1
**re-arrested** [1] - 16:22
**re-incarcerated** [1] - 17:1
**readily** [1] - 27:16
**really** [1] - 11:20
**reason** [4] - 8:6, 22:23, 22:24, 24:3
**reasons** [1] - 31:13
**receive** [1] - 24:12
**received** [4] - 4:7, 14:12, 21:17, 24:11
**receiving** [1] - 24:6
**recently** [3] - 8:25, 14:21, 22:22
**recidivism** [1] - 16:16
**recommend** [1] - 23:19
**record** [3] - 13:21, 24:20, 27:5
**red** [1] - 18:14
**red-handed** [1] - 18:14
**reduce** [4] - 8:7, 24:25, 25:18, 26:6
**reduced** [5] - 15:1, 15:3, 19:24, 25:18, 25:20
**reducing** [2] - 28:5, 31:8
**reduction** [6] - 3:16, 6:24, 11:2, 11:3, 14:22, 21:17
**reflect** [2] - 7:7, 15:13
**refusal** [1] - 22:9
**regain** [1] - 14:12
**regarding** [1] - 26:3
**regards** [1] - 31:17
**regular** [1] - 11:5
**rehabilitation** [3] - 8:14, 13:20, 17:3
**related** [1] - 20:18
**relationship** [1] - 9:24

**relatively** [1] - 24:22
**release** [11] - 10:3, 10:8, 17:8, 24:9, 28:23, 28:24, 29:4, 29:7, 31:8, 31:19, 31:25
**released** [6] - 7:3, 13:4, 16:21, 16:25, 23:15, 29:6
**remain** [1] - 19:14
**remarkable** [1] - 27:6
**renewed** [1] - 8:4
**repeat** [1] - 4:2
**report** [8] - 6:19, 14:7, 16:2, 20:7, 29:5, 29:15, 30:2
**REPORTED** [1] - 1:23
**Reporter** [1] - 1:24
**represent** [3] - 15:13, 15:14, 16:12
**representation** [1] - 13:8
**representations** [2] - 5:1, 6:11
**represented** [1] - 15:10
**request** [2] - 6:24, 25:16
**requested** [1] - 30:2
**requirements** [1] - 29:14
**RESENTENCING** [1] - 1:11
**resentencing** [2] - 23:21, 30:21
**resisting** [1] - 20:14
**respond** [1] - 23:23
**responder** [2] - 9:7
**responsibility** [3] - 21:22, 26:11, 28:2
**result** [2] - 18:13, 27:23
**resulted** [1] - 24:15
**results** [1] - 31:9
**returned** [1] - 11:23
**returning** [1] - 17:4
**review** [1] - 11:22
**reviewing** [2] - 6:16, 17:14
**revise** [1] - 30:1
**revised** [3] - 6:18, 7:7, 29:15
**Riviera** [3] - 13:9, 18:10, 18:11
**robberies** [1] - 10:17
**role** [1] - 21:12
**room** [1] - 9:7
**Rouseau** [2] - 11:7, 11:10
**RPR** [2] - 1:23, 32:17

**ruination** [1] - 26:16
**run** [4] - 29:3, 30:20, 30:24, 31:2
**running** [1] - 20:14

## S

**safety** [1] - 23:1
**sanctioned** [2] - 22:3, 22:5
**sanctions** [2] - 14:12, 22:18
**SANTUCCI** [4] - 2:9, 7:21, 30:3, 31:17
**santucci** [1] - 31:16
**Santucci** [4] - 2:10, 2:12, 7:19, 30:1
**satisfied** [2] - 4:6, 5:9
**saw** [1] - 25:6
**Scheduled** [1] - 1:7
**scheme** [2] - 21:19, 24:22
**school** [4] - 12:12, 19:4, 24:8, 26:20
**scoops** [1] - 22:13
**search** [1] - 29:14
**second** [1] - 12:19
**Section** [2] - 26:5, 27:22
**see** [3] - 13:25, 27:17, 27:18
**seem** [2] - 14:19, 16:8
**seized** [1] - 14:15
**selling** [1] - 10:22
**sentence** [40] - 3:16, 6:24, 7:2, 7:3, 10:1, 10:2, 10:5, 11:2, 11:3, 14:22, 15:1, 15:2, 15:15, 17:6, 17:7, 17:13, 19:11, 19:14, 19:20, 19:23, 21:17, 24:4, 24:6, 24:10, 24:25, 25:18, 26:6, 26:7, 26:8, 27:13, 27:20, 27:21, 28:5, 28:10, 28:19, 29:20, 29:22, 30:10, 31:2
**sentenced** [5] - 8:11, 15:17, 20:3, 25:19, 30:18
**sentences** [5] - 8:8, 30:19, 30:20, 30:24, 31:1
**Sentencing** [1] - 16:14
**sentencing** [7] - 6:18, 10:11, 13:20, 17:2, 17:14, 24:18, 27:23
**separate** [1] - 10:15
**September** [1] - 32:16

**series** [2] - 10:17, 26:10
**serious** [2] - 6:13, 27:1
**served** [6] - 10:5, 10:6, 15:16, 28:18, 28:19, 28:21
**service** [1] - 8:20
**services** [1] - 4:6
**serving** [2] - 15:3, 27:12
**set** [1] - 26:10
**settlement** [1] - 11:10
**seven** [1] - 7:2
**sheet** [1] - 11:22
**Shelby** [2] - 2:3, 9:22
**SHELBY** [1] - 1:7
**Shelby's** [1] - 9:20
**short** [1] - 15:19
**show** [1] - 12:3
**shower** [1] - 14:4
**showing** [1] - 12:4
**shows** [3] - 8:16, 11:23, 16:20
**sic** [2] - 8:5, 8:9
**sick** [1] - 25:8
**significant** [5] - 18:7, 20:2, 20:4, 22:7, 27:18
**significantly** [1] - 28:2
**similarly** [3] - 10:12, 10:13, 27:24
**simple** [2] - 15:20, 20:22
**situated** [3] - 10:12, 10:13, 27:24
**six** [4] - 15:7, 28:25, 29:1, 31:21
**skill** [1] - 27:14
**solemnly** [1] - 2:14
**someone** [1] - 27:12
**son** [1] - 9:21
**son's** [1] - 9:21
**sort** [2] - 11:9, 16:10
**sound** [1] - 28:6
**source** [4] - 11:5, 13:9, 18:25, 26:18
**South** [1] - 1:17
**SOUTHERN** [1] - 1:1
**special** [3] - 10:8, 29:14, 29:16
**specifically** [3] - 7:6, 10:15, 31:23
**spit** [1] - 20:14
**spouse** [2] - 15:17, 20:21
**staff** [3] - 22:10, 22:21, 23:2
**stage** [1] - 27:15

**standard** [1] - 29:8
**start** [1] - 8:20
**State** [2] - 7:15, 20:6
**state** [1] - 2:4
**states** [1] - 14:18
**STATES** [3] - 1:1, 1:4, 1:13
**States** [11] - 1:16, 1:24, 2:3, 2:6, 8:10, 13:14, 16:14, 21:17, 23:19, 29:16, 32:18
**statute** [1] - 10:9
**statutory** [1] - 24:7
**steady** [1] - 8:24
**STENOGRAPHICALLY** [1] - 1:23
**Step** [3] - 8:6, 15:2, 25:17
**still** [2] - 11:14, 13:5
**stopped** [1] - 20:19
**strictly** [1] - 23:1
**strong** [1] - 17:3
**struck** [1] - 20:11
**study** [3] - 16:13, 16:17, 16:20
**submit** [1] - 16:2
**submitted** [1] - 9:2
**substance** [1] - 29:11
**substantive** [1] - 28:10
**successful** [1] - 9:15
**sufficient** [1] - 27:21
**Suite** [2] - 1:17, 1:21
**superceded** [1] - 12:9
**superseded** [1] - 12:10
**superseding** [1] - 12:19
**supervised** [9] - 10:3, 10:8, 17:8, 24:8, 28:24, 29:7, 31:8, 31:19, 31:25
**supervision** [3] - 16:2, 16:3, 29:8
**supplement** [1] - 27:4
**supply** [2] - 11:5, 18:25
**support** [2] - 9:13, 17:4
**suppose** [1] - 31:7
**supposed** [1] - 30:10
**supposedly** [1] - 15:21
**suppress** [2] - 12:8, 12:17
**Supreme** [2] - 13:13, 13:14
**swear** [1] - 2:14
**system** [2] - 22:24,

23:13

## T

**talks** [1] - 30:9
**Tallahassee** [1] - 10:22
**Taylor** [1] - 14:20
**teleconference** [14] - 2:18, 3:1, 3:14, 3:21, 4:4, 4:23, 5:3, 5:7, 5:12, 5:18, 6:3, 6:6, 6:10, 6:15
**term** [8] - 24:9, 25:19, 28:17, 28:18, 28:20, 28:21, 28:24, 29:1
**terminated** [1] - 15:24
**terms** [2] - 18:7, 29:3
**terribly** [1] - 26:24
**testified** [4] - 10:24, 11:8, 17:21, 21:17
**testifying** [4] - 10:14, 11:4, 14:17, 27:24
**testimony** [5] - 2:15, 14:17, 21:4, 21:6, 21:14
**THE** [63] - 1:12, 2:2, 2:11, 2:16, 2:17, 2:23, 2:24, 3:2, 3:3, 3:7, 3:8, 3:12, 3:13, 3:17, 3:18, 3:22, 3:23, 3:25, 4:1, 4:2, 4:3, 4:5, 4:6, 4:8, 4:9, 4:11, 4:12, 4:15, 4:16, 4:20, 4:21, 4:24, 4:25, 5:4, 5:5, 5:8, 5:9, 5:15, 6:20, 6:21, 7:19, 7:23, 8:1, 17:9, 23:25, 25:2, 25:4, 25:15, 28:12, 28:15, 30:6, 30:13, 30:17, 30:22, 31:1, 31:5, 31:12, 31:16, 31:20, 31:24, 32:2, 32:6, 32:8
**thereafter** [1] - 25:20
**therefore** [4] - 6:12, 6:14, 17:6, 27:19
**third** [1] - 9:11
**threatened** [1] - 5:5
**three** [6] - 7:14, 7:17, 9:10, 10:23, 29:3, 31:24
**Tim** [2] - 10:16, 10:21
**tip** [1] - 18:18
**today** [9] - 5:2, 5:7, 5:18, 5:24, 6:3, 6:6, 6:10, 24:11, 31:7
**today's** [9] - 2:18, 3:14, 3:24, 4:4, 4:22,

5:17, 6:2, 6:12, 31:9
**Tom** [1] - 10:23
**took** [4] - 8:21, 12:11, 20:11, 21:10
**total** [2] - 25:20, 29:17
**totality** [3] - 17:23, 20:1, 23:16
**trafficking** [2] - 16:21, 16:23
**transaction** [1] - 18:22
**transactions** [3] - 18:21, 18:24, 26:21
**transcript** [2] - 17:15, 18:5
**transcription** [1] - 32:13
**trial** [9] - 11:20, 11:21, 12:18, 13:7, 17:16, 17:17, 18:21, 26:12
**trivial** [1] - 13:23
**truth** [1] - 2:15
**try** [2] - 25:6, 25:10
**trying** [2] - 15:22, 23:13
**turning** [1] - 16:19
**two** [14] - 7:10, 9:4, 9:8, 9:19, 9:21, 12:1, 12:6, 12:14, 15:6, 21:18, 22:12, 22:13, 24:9, 24:12
**two-level** [1] - 24:12

## U

**U.S** [3] - 2:10, 26:4, 27:22
**unable** [1] - 29:24
**unauthorized** [1] - 13:23
**unconditional** [1] - 9:13
**undeniably** [1] - 18:1
**under** [7] - 2:14, 10:1, 10:9, 10:10, 19:24, 19:25, 25:17
**unduly** [1] - 8:7
**Unicore** [1] - 8:25
**UNITED** [3] - 1:1, 1:4, 1:13
**united** [1] - 1:24
**United** [10] - 1:16, 2:3, 2:6, 8:10, 13:13, 16:14, 21:17, 23:19, 29:16, 32:18
**unknowing** [1] - 23:7
**unlawfully** [1] - 29:11
**unlike** [1] - 27:25
**unpaid** [1] - 29:14
**unreasonableness** [1] - 28:10

**unusual** [2] - 27:9, 27:12
**unwarranted** [1] - 10:11
**up** [13] - 4:19, 5:1, 5:6, 8:22, 9:6, 9:10, 10:21, 12:3, 12:4, 14:16, 15:3, 16:18, 30:19

## V

**vaccines** [2] - 27:15, 27:16
**vary** [3] - 6:25, 8:3, 28:18
**vehicles** [1] - 21:11
**versus** [3] - 2:3, 8:10, 13:14
**victim** [1] - 20:12
**video** [14] - 2:18, 3:1, 3:14, 3:20, 4:4, 4:23, 5:2, 5:7, 5:11, 5:18, 6:3, 6:5, 6:10, 6:14
**view** [1] - 19:21
**views** [1] - 19:23
**violated** [1] - 16:2
**violating** [1] - 16:3
**violation** [2] - 22:17, 23:6
**violence** [2] - 12:16, 20:8
**violent** [1] - 10:17
**visit** [1] - 9:22
**visitations** [1] - 22:6
**voluntarily** [2] - 5:25, 6:2
**vs** [1] - 1:5

## W

**wait** [1] - 30:13
**waive** [2] - 3:23
**waived** [1] - 6:1
**waiver** [4] - 3:18, 5:10, 6:4, 6:8
**waiving** [1] - 5:16
**walls** [1] - 9:14
**warrant** [1] - 12:4
**warrants** [1] - 21:2
**weapon** [2] - 15:25, 20:22
**weekend** [2] - 32:7
**weekends** [1] - 15:19
**WEST** [1] - 1:2
**West** [3] - 1:18, 1:21, 11:16
**whole** [1] - 10:16
**wife** [2] - 9:3, 11:9
**Williams** [1] - 10:23

**witnesses** [2] - 17:19, 18:20
**wrote** [3] - 9:12, 13:15, 13:16

## Y

**years** [29] - 7:2, 8:21, 8:22, 8:25, 9:6, 9:9, 9:20, 10:3, 15:1, 15:3, 17:8, 18:15, 24:5, 24:9, 24:23, 24:24, 25:5, 25:11, 25:23, 27:5, 27:12, 28:25, 29:1, 29:2, 29:3, 31:21, 31:24
**yesterday** [2] - 7:13, 13:16
**young** [2] - 25:5, 26:24